**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF NEW JERSEY

Case number *(if known)* _____    Chapter __11__

☐ Check if this an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy          06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **FASTLINE CARGO, LLC d/b/a FLC** |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | |

| | | |
|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |

**Principal place of business**

**1403 Industrial Highway**
**Cinnaminson, NJ 08077**
Number, Street, City, State & ZIP Code

**Burlington**
County

**Mailing address, if different from principal place of business**

P.O. Box, Number, Street, City, State & ZIP Code

**Location of principal assets, if different from principal place of business**

Number, Street, City, State & ZIP Code

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
| | | ☐ Partnership (excluding LLP) |
| | | ☐ Other. Specify: _____ |

Debtor    **FASTLINE CARGO, LLC d/b/a FLC**                              Case number (*if known*)
          Name

**7.  Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
   http://www.uscourts.gov/four-digit-national-association-naics-codes.

\_\_\_\_

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**    *Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**    ■ No.

☐ Yes.

If more than 2 cases, attach a separate list.

| | District | | When | | Case number | |
|---|---|---|---|---|---|---|
| | District _____ | | When _____ | | Case number _____ | |
| | District _____ | | When _____ | | Case number _____ | |

Debtor    **FASTLINE CARGO, LLC d/b/a FLC**                                    Case number *(if known)* _____

Name

---

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No

☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____    Relationship _____

District _____ When _____    Case number, if known _____

---

**11. Why is the case filed in *this district*?**    *Check all that apply:*

■  Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐  A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.    Insurance agency _____

Contact name _____

Phone _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds** .    *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

☐ 1-49                   ☐ 1,000-5,000              ☐ 25,001-50,000
■ 50-99                  ☐ 5001-10,000              ☐ 50,001-100,000
☐ 100-199               ☐ 10,001-25,000            ☐ More than100,000
☐ 200-999

---

**15. Estimated Assets**

☐ $0 - $50,000                ■ $1,000,001 - $10 million        ☐ $500,000,001 - $1 billion
☐ $50,001 - $100,000          ☐ $10,000,001 - $50  million      ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000         ☐ $50,000,001 - $100 million      ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million       ☐ $100,000,001 - $500 million     ☐ More than $50 billion

---

**16. Estimated liabilities**

☐ $0 - $50,000                ■ $1,000,001 - $10 million        ☐ $500,000,001 - $1 billion

---

Debtor  **FASTLINE CARGO, LLC d/b/a FLC**                                                      Case number (*if known*) _____
Name

☐ $50,001 - $100,000            ☐ $10,000,001 - $50  million        ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000           ☐ $50,000,001 - $100 million        ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million         ☐ $100,000,001 - $500 million       ☐ More than $50 billion

Debtor   **FASTLINE CARGO, LLC d/b/a FLC**
_____   Case number (*if known*) _____
Name

| | Request for Relief, Declaration, and Signatures |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **July 29, 2024**
MM / DD / YYYY

**X** /s/ Amanjot Kaur
_____   **Amanjot Kaur**
Signature of authorized representative of debtor   Printed name

Title   **CEO**

**18. Signature of attorney**

**X** /s/ Ellen M. McDowell, Esq.
_____   Date   **July 29, 2024**
Signature of attorney for debtor   MM / DD / YYYY

**Ellen M. McDowell, Esq.**
Printed name

**McDowell Law, PC**
Firm name

**46 West Main St.**
**Maple Shade, NJ 08052**
Number, Street, City, State & ZIP Code

Contact phone   **856-482-5544**   Email address   **emcdowell@mcdowelllegal.com**

**NJ**
Bar number and State

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **FASTLINE CARGO, LLC d/b/a FLC** |
| United States Bankruptcy Court for the: | DISTRICT OF NEW JERSEY |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

| | | |
|---|---|---|
| Executed on | **July 29, 2024** | X **/s/ Amanjot Kaur** |
| | | Signature of individual signing on behalf of debtor |
| | | **Amanjot Kaur** |
| | | Printed name |
| | | **CEO** |
| | | Position or relationship to debtor |

| Fill in this information to identify the case: | | |
|---|---|---|
| Debtor name | **FASTLINE CARGO, LLC d/b/a FLC** | |
| United States Bankruptcy Court for the: | **DISTRICT OF NEW JERSEY** | ☐ Check if this is an |
| Case number (if known): | | amended filing |

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **BMO Harris Bank 111 W. Monroe St. Chicago, IL 60603** | | **2019 Volvo - 590,830 miles 2019 Volvo - 560,651 miles** | | $135,748.00 | $70,000.00 | $65,748.00 |
| **BMO Harris Bank 111 W. Monroe St. Chicago, IL 60603** | | **2019 Volvo - 660,162 miles 2019 Volvo - 767,705 miles** | | $113,200.00 | $70,000.00 | $43,200.00 |
| **Fulton Bank Attn:  Loan Operations 1695 State Street East Petersburg, PA 17520** | | **2020 Hyundai HTC Trailer F135, Serial # ending 5035** | | $92,323.00 | $20,000.00 | $72,323.00 |
| **Fulton Bank Attn:  Loan Operations 1695 State Street East Petersburg, PA 17520** | | **2020 Freightliner** | | $103,844.00 | $40,000.00 | $103,844.00 |
| **Fulton Bank Attn:  Loan Operations 1695 State Street East Petersburg, PA 17520** | | **2020 Freightliner** | | $103,844.00 | $35,000.00 | $103,844.00 |
| **Fulton Bank Attn:  Loan Operations 1695 State Street East Petersburg, PA 17520** | | **2021 Volvo Truck** | | $92,323.00 | $0.00 | $92,323.00 |
| **Fulton Bank 1695 State Street East Petersburg, PA 17520** | | **2021 Freightliner - 477,145 miles** | | $1,068,223.95 | $40,000.00 | $1,068,223.95 |

Debtor    **FASTLINE CARGO, LLC d/b/a FLC**                              Case number *(if known)*  _____
              Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Fulton Bank Attn:  Loan Operations 1695 State Street East Petersburg, PA 17520** | | **2019 Hyundai Dry Van Trailer F133, Serial # ending 5004** | | $363,402.00 | $20,000.00 | $343,402.00 |
| **Fulton Bank Attn:  Loan Operations 1695 State Street East Petersburg, PA 17520** | | **2020 Freightliner** | | $180,470.00 | $40,000.00 | $180,470.00 |
| **Fulton Bank Attn:  Loan Operations 1695 State Street East Petersburg, PA 17520** | | | | $131,898.00 | $0.00 | $131,898.00 |
| **Fulton Bank Attn:  Loan Operations 1695 State Street East Petersburg, PA 17520** | | **2020 Freightliner** | | $103,844.00 | $40,000.00 | $103,844.00 |
| **Lakeland Bank 166 Changebridge Rd. Montville, NJ 07045** | | **2023 Hyundai Dry Van Trailer F123, Serial # ending 4026** | | $130,360.00 | $25,000.00 | $105,360.00 |
| **Libertas Funding, LLC** | | | | | | $309,571.46 |
| **Libertas Funding, LLC** | | | | | | $181,982.13 |
| **Motive 55 Hawthorne Street, #400 San Francisco, CA 94105** | | | | | | $89,424.00 |
| **Newlane Finance 123 S. Broad St. 17th Floor Philadelphia, PA 19109** | | **Equipment** | | $99,125.36 | $0.00 | $99,125.36 |
| **Phoenixville Bank 564 Nutt Road Phoenixville, PA 19460** | | **2020 Freightliner** | | $84,179.00 | $35,000.00 | $84,179.00 |
| **Phoenixville Bank 564 Nutt Road Phoenixville, PA 19460** | | **2020 Freightliner** | | $83,085.00 | $40,000.00 | $43,085.00 |

Debtor   **FASTLINE CARGO, LLC d/b/a FLC**                      Case number *(if known)* _____
    Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Santander 75 State Street Boston, MA 02109** | | **2023 Hyundai Dry Van Trailer F124, Serial # ending 4014** | | **$232,940.00** | **$25,000.00** | **$207,940.00** |
| **SBA Two Gateway Center Suite 1002 Newark, NJ 07102-5006** | | | | **$157,269.00** | **$0.00** | **$157,269.00** |

**Fill in this information to identify the case:**

Debtor name     **FASTLINE CARGO, LLC d/b/a FLC**

United States Bankruptcy Court for the:    DISTRICT OF NEW JERSEY

Case number (if known) _____

☐ Check if this is an
    amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals     12/15

| Part 1: | Summary of Assets |
|---|---|

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*.................................................................................... $     **0.00**

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*.................................................................................... $     **2,722,053.55**

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*.................................................................................... $     **2,722,053.55**

| Part 2: | Summary of Liabilities |
|---|---|

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................................... $     **3,889,998.32**

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................ $     **0.00**

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................................ +$     **676,109.60**

4. **Total liabilities** ........................................................................................................
    Lines 2 + 3a + 3b     $     **4,566,107.92**

**Fill in this information to identify the case:**

Debtor name ___**FASTLINE CARGO, LLC d/b/a FLC**_____

United States Bankruptcy Court for the: ___DISTRICT OF NEW JERSEY_____

Case number (if known) _____

☐ Check if this is an
amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No.  Go to Part 2.
   ■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Wells Fargo Bank** | **checking** | 4199 | $124,800.00 |
| 3.2. | **Fulton Bank** | **checking** | 5914 | $1,864.55 |
| 3.3. | **Phoenixville Bank** | **checking** | | $716.00 |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

   | $127,380.55 |
   |---|

| Part 2: | Deposits and Prepayments |
|---|---|

6. **Does the debtor have any deposits or prepayments?**

   ☐ No.  Go to Part 3.
   ■ Yes Fill in the information below.

7. **Deposits, including security deposits and utility deposits**
   Description, including name of holder of deposit

Debtor    **FASTLINE CARGO, LLC d/b/a FLC**      Case number *(If known)* _____
Name

| 7.1. | **Security Deposit with landlord** | **$33,600.00** |
|---|---|---|

8.    **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

9.    **Total of Part 2.**                    **$33,600.00**

Add lines 7 through 8. Copy the total to line 81.

**Part 3:**    **Accounts receivable**

10. **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
■ Yes Fill in the information below.

11.    **Accounts receivable**

11a. 90 days old or less:          **849,073.00**    -         **0.00**   = ....     **$849,073.00**

                     face amount                   doubtful or uncollectible accounts

12.    **Total of Part 3.**                   **$849,073.00**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.

**Part 4:**    **Investments**

13. **Does the debtor own any investments?**

■ No. Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:**    **Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

■ No. Go to Part 6.
☐ Yes Fill in the information below.

**Part 6:**    **Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No. Go to Part 7.
☐ Yes Fill in the information below.

**Part 7:**    **Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39.   **Office furniture** | | | |
| 40.   **Office fixtures** | | | |

Debtor    **FASTLINE CARGO, LLC d/b/a FLC**                                    Case number *(If known)* _____
_____
Name

---

41.    **Office equipment, including all computer equipment and
communication systems equipment and software**
**desks, chairs, computers**                          **$4,000.00**    **Liquidation**                    **$0.00**

---

42.    **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork;
books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card
collections; other collections, memorabilia, or collectibles

43.    **Total of Part 7.**                                                                          **$0.00**
Add lines 39 through 42.  Copy the total to line 86.

44.    **Is a depreciation schedule available for any of the property listed in Part 7?**
☐ No
■ Yes

45.    **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| **General description**<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | **Net book value of<br>debtor's interest**<br>(Where available) | **Valuation method used<br>for current value** | **Current value of<br>debtor's interest** |
|---|---|---|---|

47.    **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

| | | | |
|---|---|---|---|
| 47.1.  **2021 Vanguard Dry Van Trailer F101,**<br>**Serial # ending 6833** | **$0.00** | | **$20,000.00** |
| 47.2.  **2021 Vanguard Dry Van Trailer F102,**<br>**Serial # ending 6832** | **$0.00** | | **$20,000.00** |
| 47.3.  **2021 Vanguard Dry Van Trailer F103,**<br>**Serial # ending 6829** | **$0.00** | | **$20,000.00** |
| 47.4.  **2021 Vanguard Dry Van Trailer F107,**<br>**Serial # ending 6830** | **$0.00** | | **$20,000.00** |
| 47.5.  **2021 Vanguard Dry Van Trailer F105,**<br>**Serial # ending 6831** | **$0.00** | | **$20,000.00** |
| 47.6.  **2021 Vanguard Dry Van Trailer F106,**<br>**Serial # ending 6569** | **$0.00** | | **$20,000.00** |
| 47.7.  **2021 Vanguard Dry Van Trailer F104,**<br>**Serial # ending 6568** | **$0.00** | | **$20,000.00** |
| 47.8.  **2021 Vanguard Dry Van Trailer F108,**<br>**Serial # ending 6572** | **$0.00** | | **$20,000.00** |

---

Debtor   **FASTLINE CARGO, LLC d/b/a FLC**                              Case number *(If known)* _____
         Name

| | | | |
|---|---|---|---|
| 47.9. | **2021 Vanguard Dry Van Trailer F109, Serial # ending 6570** | $0.00 | $20,000.00 |
| 47.10. | **2021 Vanguard Dry Van Trailer F110, Serial # ending 6582** | $0.00 | $20,000.00 |
| 47.11. | **2018 Utility Dry Van Trailer F111, Serial # ending 1252 (total loss)** | $0.00 | $0.00 |
| 47.12. | **2018 Utility Dry Van Trailer F112, Serial # ending 1259** | $0.00 | $15,000.00 |
| 47.13. | **2018 Utility Dry Van Trailer F113, Serial # ending 1257 (total loss)** | $0.00 | $0.00 |
| 47.14. | **2018 Utility Trailer F114, Serial # ending 1262** | $0.00 | $15,000.00 |
| 47.15. | **2018 Utility Dry Van Trailer F115, Serial # ending 1279** | $0.00 | $15,000.00 |
| 47.16. | **2013 Wabash Dry Van Trailer F116, Serial # ending 6597** | $0.00 | $10,000.00 |
| 47.17. | **2017 Utility Dry Van Trailer F117, Serial # ending 3931** | $0.00 | $13,000.00 |
| 47.18. | **2017 Utility Dry Van Trailer F118, Serial # ending 6619** | $0.00 | $13,000.00 |
| 47.19. | **2002 Utility Refer Van Trailer F119, Serial # ending 7963** | $0.00 | $6,000.00 |
| 47.20. | **2023 Hyundai Dry Van Trailer F120, Serial # ending 4028** | $0.00 | $25,000.00 |
| 47.21. | **2023 Hyundai Dry Van Trailer F121, Serial # ending 4027** | $0.00 | $25,000.00 |
| 47.22. | **2023 Hyundai Dry Van Trailer F122, Serial # ending 4030** | $0.00 | $25,000.00 |
| 47.23. | **2023 Hyundai Dry Van Trailer F123, Serial # ending 4026** | $0.00 | $25,000.00 |
| 47.24. | **2023 Hyundai Dry Van Trailer F124, Serial # ending 4014** | $0.00 | $25,000.00 |

Debtor    **FASTLINE CARGO, LLC d/b/a FLC**    Case number *(If known)* _____
_____
Name

| 47.25. | **2023 Hyundai Trailer F125, Serial # ending 4029** | $0.00 | | $25,000.00 |
|---|---|---|---|---|
| 47.26. | **2023 Hyundai Dry Van Trailer F126, Serial # ending 4025** | $0.00 | | $25,000.00 |
| 47.27. | **2023 Hyundai Dry Van Trailer F127, Serial # ending 4024** | $0.00 | | $25,000.00 |
| 47.28. | **2023 Hyundai Dry Van Trailer F128, Serial # ending 4019** | $0.00 | | $25,000.00 |
| 47.29. | **2023 Hyundai Dry Van Trailer F128, Serial # ending 4016** | $0.00 | | $25,000.00 |
| 47.30. | **2019 Hyundai Dry Van Trailer F132, Serial # ending 5005** | $0.00 | | $20,000.00 |
| 47.31. | **2019 Hyundai Dry Van Trailer F133, Serial # ending 5004** | $0.00 | | $20,000.00 |
| 47.32. | **2020 Hyundai HTC Trailer F135, Serial # ending 5035** | $0.00 | | $20,000.00 |
| 47.33. | **2019 Hyundai Dry Van Trailer F132, serial # ending 5005** | $0.00 | | $20,000.00 |
| 47.34. | **2019 Hyundai Dry Van Trailer F133, serial # ending 5004** | $0.00 | | $20,000.00 |
| 47.35. | **2020 Hyundai HTC Trail F135, serial # ending 5035** | $0.00 | | $20,000.00 |
| 47.36. | **2020 Great Dane Dry Van Trailer F136, serial # ending 8905** | $0.00 | | $20,000.00 |
| 47.37. | **2020 Hyundal HTC Trailer F137, serial # ending 5100** | $0.00 | | $20,000.00 |
| 47.38. | **2020 Great Dane Trailer F138, serial # ending 8907** | $0.00 | | $20,000.00 |
| 47.39. | **2020 Hyundai Trailer F139, serial # ending 5034** | $0.00 | | $20,000.00 |
| 47.40. | **2014 Hyundai Dry Van Trailer F140, serial # ending 0030** | $0.00 | | $15,000.00 |

Debtor      **FASTLINE CARGO, LLC d/b/a FLC**                    Case number *(If known)* _____

Name

| | | | |
|---|---|---|---|
| 47.41. | **2013 Great Dane Dry Van Trailer F141, serial # ending 1370** | $0.00 | $15,000.00 |
| 47.42. | **2016 Wabash Dry Van Trailer F130, serial # ending 3193** | $0.00 | $15,000.00 |
| 47.43. | **2019 Great Dane Champion Trailer F131, serial # ending 4856** | $0.00 | $15,000.00 |
| 47.44. | **2001 Wabash Dry Van Trailer GY5301, serial # ending 3143** | $0.00 | $6,000.00 |
| 47.45. | **2002 Wabash Dry Van Trailer GY5302, serial # ending 5473** | $0.00 | $6,000.00 |
| 47.46. | **2002 Wabash Dry Van Trailer GY5305, serial # ending 5951** | $0.00  Appraisal | $6,000.00 |
| 47.47. | **2002 Wabash Dry Van Trailer GY5308, serial # ending 5670** | $0.00 | $6,000.00 |
| 47.48. | **2002 Wabash Dry Van Trailer GY5311, serial # ending 5253** | $0.00 | $6,000.00 |
| 47.49. | **2016 Volvo (904,830 miles)** | $0.00 | $15,000.00 |
| 47.50. | **2017 Volvo (763,006 miles)** | $0.00 | $21,000.00 |
| 47.51. | **2020 Kenworth (606,517 miles)** | $0.00 | $35,000.00 |
| 47.52. | **2015 Volvo (747,908 miles)** | $0.00 | $25,000.00 |
| 47.53. | **2015 Volvo (721,302 miles)** | $0.00 | $25,000.00 |
| 47.54. | **2016 Volvo (586,137 miles)** | $0.00 | $25,000.00 |
| 47.55. | **2023 Volvo (272,638 miles)** | $0.00 | $55,000.00 |
| 47.56. | **2015 Mack (395,092 miles)** | $0.00 | $10,000.00 |

Debtor    **FASTLINE CARGO, LLC d/b/a FLC**                    Case number *(If known)* _____
          Name

| | | | |
|---|---|---|---|
| 47.57. | **2014 Volvo (790,266 miles)** | $0.00 | $15,000.00 |
| 47.58. | **2017 Freightliner (804,851 miles)** | $0.00 | $15,000.00 |
| 47.59. | **2019 Volvo x4000** | $0.00  Comparable sale | $21,000.00 |
| 47.60. | **2019 Volvo x4004** | $0.00  Comparable sale | $21,000.00 |
| 47.61. | **2002 Kenworth** | $0.00  Comparable sale | $40,000.00 |
| 47.62. | **2022 Kenworth** | $0.00  Comparable sale | $40,000.00 |
| 47.63. | **2020 Freightliner** | $0.00  Comparable sale | $35,000.00 |
| 47.64. | **2020 Freightliner** | $0.00 | $40,000.00 |
| 47.65. | **2019 Volvo - 579,027 miles** | $0.00  Comparable sale | $35,000.00 |
| 47.66. | **2018 Volvo - 757,833 miles** | $0.00  Comparable sale | $21,000.00 |
| 47.67. | **2019 Volvo - 719,574 miles** | $0.00  Comparable sale | $21,000.00 |
| 47.68. | **2021 Freightliner - 477,145 miles** | $0.00  Comparable sale | $40,000.00 |
| 47.69. | **2018 Volvo - 593,404 miles** | $0.00  Comparable sale | $20,000.00 |
| 47.70. | **2022 Kenworth - 419,898 miles** | $0.00  Comparable sale | $40,000.00 |
| 47.71. | **2019  Volvo - 810,291 miles** | $0.00  Comparable sale | $40,000.00 |
| 47.72. | **2018 Volvo - 840,001 miles** | $0.00  Comparable sale | $20,000.00 |
| 47.73. | **2018 Volvo - 660,162 miles** | $0.00  Comparable sale | $30,000.00 |

Debtor    **FASTLINE CARGO, LLC d/b/a FLC**                     Case number *(If known)* _____
          Name

| 47.74. | **2020 Freightliner** | $0.00 | Comparable sale | $40,000.00 |
|---|---|---|---|---|
| 47.75. | **2019 Volvo - 590,830 miles** <br> **2019 Volvo - 560,651 miles** | $0.00 | Comparable sale | $70,000.00 |
| 47.76. | **2019 Volvo - 660,162 miles** <br> **2019 Volvo -  767,705 miles** | $0.00 | Comparable sale | $70,000.00 |

48.     **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49.     **Aircraft and accessories**

50.     **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

51.     **Total of Part 8.**                                                 | $1,712,000.00 |

        Add lines 47 through 50.  Copy the total to line 87.

52.     **Is a depreciation schedule available for any of the property listed in Part 8?**
        ☐ No
        ☑ Yes

53.     **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
        ☑ No
        ☐ Yes

| Part 9: | **Real property** |
|---|---|

**54. Does the debtor own or lease any real property?**

   ☑ No.  Go to Part 10.
   ☐ Yes Fill in the information below.

| Part 10: | **Intangibles and intellectual property** |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

   ☑ No.  Go to Part 11.
   ☐ Yes Fill in the information below.

| Part 11: | **All other assets** |
|---|---|

**70. Does the debtor own any other assets that have not yet been reported on this form?**
   Include all interests in executory contracts and unexpired leases not previously reported on this form.

   ☑ No.  Go to Part 12.
   ☐ Yes Fill in the information below.

Debtor    **FASTLINE CARGO, LLC d/b/a FLC**                    Case number *(If known)* _____
_____
Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $127,380.55 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $33,600.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $849,073.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $1,712,000.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*..............................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $2,722,053.55 | + 91b. $0.00 |

92.  **Total of all property on Schedule A/B.** Add lines 91a+91b=92                     $2,722,053.55

**Fill in this information to identify the case:**

Debtor name  **FASTLINE CARGO, LLC d/b/a FLC**

United States Bankruptcy Court for the:  DISTRICT OF NEW JERSEY

Case number (if known)  _____

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1   Amur Equipment Financing**<br>Creditor's Name | Describe debtor's property that is subject to a lien<br>**2021 Freightliner - 477,145 miles** | **$54,073.12** | **$40,000.00** |

**2.1   Amur Equipment Financing**
Creditor's Name

**304 W. 3d St.**
**Grand Island, NE 68801**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
**7899**

Describe debtor's property that is subject to a lien
**2021 Freightliner - 477,145 miles**

Describe the lien
**Equipment Loan**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Specify each creditor, including this creditor and its relative priority.
**1. Amur Equipment Financing**
**2. Fulton Bank**

Column A: **$54,073.12**   Column B: **$40,000.00**

---

**2.2   BMO Harris Bank**
Creditor's Name

**111 W. Monroe St.**
**Chicago, IL 60603**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

Describe debtor's property that is subject to a lien
**2018 Volvo - 840,001 miles**

Describe the lien
**equipment loan**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Column A: **$19,818.00**   Column B: **$20,000.00**

| Debtor | **FASTLINE CARGO, LLC d/b/a FLC** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **BMO Harris Bank** | Describe debtor's property that is subject to a lien | $7,547.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**111 W. Monroe St.
Chicago, IL 60603**

Creditor's mailing address

**Describe the lien**

**equipment lien**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | **BMO Harris Bank** | Describe debtor's property that is subject to a lien | $2,945.00 | $21,000.00 |
|---|---|---|---|---|

Creditor's Name

**2018 Volvo - 757,833 miles**

**111 W. Monroe St.
Chicago, IL 60603**

Creditor's mailing address

**Describe the lien**

**equipment lien**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 | **BMO Harris Bank** | Describe debtor's property that is subject to a lien | $7,691.00 | $21,000.00 |
|---|---|---|---|---|

Creditor's Name

**2019 Volvo - 719,574 miles**

**111 W. Monroe St.
Chicago, IL 60603**

Creditor's mailing address

**Describe the lien**

**equipment lien**

---

Debtor    **FASTLINE CARGO, LLC d/b/a FLC**                              Case number (if known) _____
_____
Name

| | |
|---|---|
| Creditor's email address, if known | **Is the creditor an insider or related party?**<br>■ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Date debt was incurred**<br><br>**Last 4 digits of account number** | |
| **Do multiple creditors have an interest in the same property?**<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

---

| 2.6 | **BMO Harris Bank** | **Describe debtor's property that is subject to a lien**<br>**2019  Volvo - 810,291 miles** | $25,933.00 | $40,000.00 |
|---|---|---|---|---|
| | Creditor's Name | | | |

**111 W. Monroe St.**
**Chicago, IL 60603**
Creditor's mailing address

**Describe the lien**
**equipment lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.7 | **BMO Harris Bank** | **Describe debtor's property that is subject to a lien**<br>**2019 Volvo - 660,162 miles**<br>**2019 Volvo -  767,705 miles** | $113,200.00 | $70,000.00 |
|---|---|---|---|---|
| | Creditor's Name | | | |

**111 W. Monroe St.**
**Chicago, IL 60603**
Creditor's mailing address

**Describe the lien**
**equipment lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

Debtor   **FASTLINE CARGO, LLC d/b/a FLC**                                    Case number (if known) _____
    Name

---

| 2.8 | **BMO Harris Bank** | Describe debtor's property that is subject to a lien | $75,122.00 | $40,000.00 |

Creditor's Name

**111 W. Monroe St.**
**Chicago, IL 60603**

**2020 Freightliner**

Creditor's mailing address

Describe the lien
**equipment lien**

Is the creditor an insider or related party?

Creditor's email address, if known

■ No
☐ Yes

Is anyone else liable on this claim?

Date debt was incurred

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Last 4 digits of account number
**8001**

As of the petition filing date, the claim is:
Check all that apply

Do multiple creditors have an
interest in the same property?
☐ No
■ Yes. Specify each creditor,
including this creditor and its relative
priority.
**1. BMO Harris Bank**
**2. Fulton Bank**

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.9 | **BMO Harris Bank** | Describe debtor's property that is subject to a lien | $10,336.00 | $20,000.00 |

Creditor's Name

**111 W. Monroe St.**
**Chicago, IL 60603**

**2018 Volvo - 593,404 miles**

Creditor's mailing address

Describe the lien
**equipment lien**

Is the creditor an insider or related party?

Creditor's email address, if known

■ No
☐ Yes

Is anyone else liable on this claim?

Date debt was incurred

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Last 4 digits of account number
**9001**

As of the petition filing date, the claim is:
Check all that apply

Do multiple creditors have an
interest in the same property?
■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.10 | **BMO Harris Bank** | Describe debtor's property that is subject to a lien | $51,868.00 | $35,000.00 |

Creditor's Name

**111 W. Monroe St.**
**Chicago, IL 60603**

**2019 Volvo - 579,027 miles**

Creditor's mailing address

Describe the lien
**equipment lien**

Is the creditor an insider or related party?

Creditor's email address, if known

■ No
☐ Yes

Is anyone else liable on this claim?

Date debt was incurred

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

---

Debtor    **FASTLINE CARGO, LLC d/b/a FLC**                                    Case number (if known)
          _____                     _____
          Name

**Last 4 digits of account number**
**9001**

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.1 1 | **BMO Harris Bank** | Describe debtor's property that is subject to a lien | $135,748.00 | $70,000.00 |
|---|---|---|---|---|

Creditor's Name

**111 W. Monroe St.**
**Chicago, IL 60603**

**2019 Volvo - 590,830 miles**
**2019 Volvo - 560,651 miles**

Creditor's mailing address

Describe the lien
**equipment lien**

Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**6001**

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.1 2 | **BMO Harris Bank** | Describe debtor's property that is subject to a lien | $15,760.00 | $30,000.00 |
|---|---|---|---|---|

Creditor's Name

**111 W. Monroe St.**
**Chicago, IL 60603**

**2018 Volvo - 660,162 miles**

Creditor's mailing address

Describe the lien
**equipment lien**

Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.1 3 | **BMO Harris Bank** | Describe debtor's property that is subject to a lien | $3,774.00 | $21,000.00 |
|---|---|---|---|---|

Debtor    **FASTLINE CARGO, LLC d/b/a FLC**                Case number (if known)
_____
Name

| | |
|---|---|
| Creditor's Name | **2019 Volvo x4000** |
| **111 W. Monroe St.** **Chicago, IL 60603** | |
| Creditor's mailing address | **Describe the lien** |
| | |
| Creditor's email address, if known | **Is the creditor an insider or related party?** ■ No ☐ Yes |
| | **Is anyone else liable on this claim?** |
| **Date debt was incurred** | ■ No |
| | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number** | |
| **Do multiple creditors have an interest in the same property?** ■ No ☐ Yes. Specify each creditor, including this creditor and its relative priority. | **As of the petition filing date, the claim is:** Check all that apply ☐ Contingent ☐ Unliquidated ☐ Disputed |

---

| 2.14 | **BMO Harris Bank** | **Describe debtor's property that is subject to a lien** | $3,774.00 | $21,000.00 |
|---|---|---|---|---|
| | Creditor's Name | **2019 Volvo x4004** | | |
| | **111 W. Monroe St.** **Chicago, IL 60603** | | | |
| | Creditor's mailing address | **Describe the lien** | | |
| | | | | |
| | Creditor's email address, if known | **Is the creditor an insider or related party?** ■ No ☐ Yes | | |
| | | **Is anyone else liable on this claim?** | | |
| | **Date debt was incurred** | ■ No | | |
| | | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | **Last 4 digits of account number** | | | |
| | **Do multiple creditors have an interest in the same property?** ■ No ☐ Yes. Specify each creditor, including this creditor and its relative priority. | **As of the petition filing date, the claim is:** Check all that apply ☐ Contingent ☐ Unliquidated ☐ Disputed | | |

---

| 2.15 | **CCG** | **Describe debtor's property that is subject to a lien** | $48,080.00 | $20,000.00 |
|---|---|---|---|---|
| | Creditor's Name | **2021 Vanguard Dry Van Trailer F101, Serial # ending 6833** | | |
| | **525 N. Tryon St.** **Suite 1000** **Charlotte, NC 28202** | | | |
| | Creditor's mailing address | **Describe the lien** **equipment lien** | | |
| | | **Is the creditor an insider or related party?** ■ No ☐ Yes | | |
| | Creditor's email address, if known | **Is anyone else liable on this claim?** | | |
| | **Date debt was incurred** | ■ No | | |
| | | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | **Last 4 digits of account number** **2001** | | | |

---

Debtor   **FASTLINE CARGO, LLC d/b/a FLC**                          Case number (if known) _____

_____
Name

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| ☑ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.1 6 | **Channel Partners** | **Describe debtor's property that is subject to a lien** | $52,731.30 | $40,000.00 |
|---|---|---|---|---|

Creditor's Name

**2022 Kenworth - 419,898 miles**

Creditor's mailing address

**Describe the lien**
**Equipment Loan**

**Is the creditor an insider or related party?**

Creditor's email address, if known

☑ No
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**481M**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| ☑ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.1 7 | **Fulton Bank** | **Describe debtor's property that is subject to a lien** | $92,323.00 | $20,000.00 |
|---|---|---|---|---|

Creditor's Name

**2020 Hyundai HTC Trailer F135, Serial # ending 5035**

**Attn:  Loan Operations**
**1695 State Street**
**East Petersburg, PA 17520**

Creditor's mailing address

**Describe the lien**
**equipment lien**

**Is the creditor an insider or related party?**

Creditor's email address, if known

☑ No
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**9005**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| ☑ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.1 8 | **Fulton Bank** | **Describe debtor's property that is subject to a lien** | $363,402.00 | $20,000.00 |
|---|---|---|---|---|

Creditor's Name

**2019 Hyundai Dry Van Trailer F133, Serial # ending 5004**

**Attn:  Loan Operations**
**1695 State Street**
**East Petersburg, PA 17520**

Debtor    **FASTLINE CARGO, LLC d/b/a FLC**                          Case number (if known) _____
          Name

Creditor's mailing address          **Describe the lien**
                                    **equipment lien**

                                    **Is the creditor an insider or related party?**
Creditor's email address, if known  ■ No
                                    ☐ Yes

                                    **Is anyone else liable on this claim?**
**Date debt was incurred**          ■ No
                                    ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**9003**                            **As of the petition filing date, the claim is:**
                                    Check all that apply
**Do multiple creditors have an**
**interest in the same property?**  ☐ Contingent
■ No                                ☐ Unliquidated
☐ Yes. Specify each creditor,       ☐ Disputed
including this creditor and its relative
priority.

---

| 2.1 9 | **Fulton Bank** | **Describe debtor's property that is subject to a lien** | $131,898.00 | $0.00 |

Creditor's Name

**Attn:  Loan Operations**
**1695 State Street**
**East Petersburg, PA 17520**
Creditor's mailing address          **Describe the lien**
                                    **equipment lien - APU Units**

                                    **Is the creditor an insider or related party?**
Creditor's email address, if known  ■ No
                                    ☐ Yes

                                    **Is anyone else liable on this claim?**
**Date debt was incurred**          ■ No
                                    ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**9004**                            **As of the petition filing date, the claim is:**
                                    Check all that apply
**Do multiple creditors have an**
**interest in the same property?**  ☐ Contingent
■ No                                ☐ Unliquidated
☐ Yes. Specify each creditor,       ☐ Disputed
including this creditor and its relative
priority.

---

| 2.2 0 | **Fulton Bank** | **Describe debtor's property that is subject to a lien** | $92,323.00 | $0.00 |

Creditor's Name                     **2021 Volvo Truck**

**Attn:  Loan Operations**
**1695 State Street**
**East Petersburg, PA 17520**
Creditor's mailing address          **Describe the lien**
                                    **equipment lien**

                                    **Is the creditor an insider or related party?**
Creditor's email address, if known  ■ No
                                    ☐ Yes

                                    **Is anyone else liable on this claim?**
**Date debt was incurred**          ■ No
                                    ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**9005**                            **As of the petition filing date, the claim is:**
**Do multiple creditors have an**   Check all that apply
**interest in the same property?**

---

Debtor   **FASTLINE CARGO, LLC d/b/a FLC**                    Case number (if known) _____
_____
  Name

■ No                              ☐ Contingent
☐ Yes. Specify each creditor,    ☐ Unliquidated
including this creditor and its relative   ☐ Disputed
priority.

---

| 2.2 1 | **Fulton Bank** | Describe debtor's property that is subject to a lien | $180,470.00 | $40,000.00 |
|---|---|---|---|---|

Creditor's Name
**Attn:  Loan Operations
1695 State Street
East Petersburg, PA 17520**     **2020 Freightliner**
Creditor's mailing address

**Describe the lien**
**equipment lien**
**Is the creditor an insider or related party?**
■ No
☐ Yes

_____
Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
**Date debt was incurred**       ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number
9006**
**Do multiple creditors have an
interest in the same property?**   **As of the petition filing date, the claim is:**
Check all that apply
☐ No                              ☐ Contingent
■ Yes. Specify each creditor,    ☐ Unliquidated
including this creditor and its relative   ☐ Disputed
priority.
**1. Phoenixville Bank
2. Fulton Bank
3. Fulton Bank**

---

| 2.2 2 | **Fulton Bank** | Describe debtor's property that is subject to a lien | $1,068,223.95 | $40,000.00 |
|---|---|---|---|---|

Creditor's Name

**1695 State Street
East Petersburg, PA 17520**     **2021 Freightliner - 477,145 miles**
Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
_____   ☐ Yes
Creditor's email address, if known
**Is anyone else liable on this claim?**
■ No
**Date debt was incurred**       ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number
9002**
**Do multiple creditors have an
interest in the same property?**   **As of the petition filing date, the claim is:**
Check all that apply
☐ No                              ☐ Contingent
■ Yes. Specify each creditor,    ☐ Unliquidated
including this creditor and its relative   ☐ Disputed
priority.
**Specified on line 2.1**

---

| 2.2 3 | **Fulton Bank** | Describe debtor's property that is subject to a lien | $24,998.00 | $35,000.00 |
|---|---|---|---|---|

---

Debtor   **FASTLINE CARGO, LLC d/b/a FLC**

Name

Case number (if known)

---

Creditor's Name

**Attn:  Loan Operations**
**1695 State Street**
**East Petersburg, PA 17520**

Creditor's mailing address

**2020 Kenworth (606,517 miles)**

**Describe the lien**

**equipment lien**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

**Date debt was incurred**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**1982**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 4 | **Fulton Bank** | **Describe debtor's property that is subject to a lien** | $103,844.00 | $35,000.00 |
|---|---|---|---|---|

Creditor's Name

**2020 Freightliner**

**Attn:  Loan Operations**
**1695 State Street**
**East Petersburg, PA 17520**

Creditor's mailing address

**Describe the lien**

**equipment lien**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

**Date debt was incurred**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**2060**

**Do multiple creditors have an interest in the same property?**

☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**1. M2 Equipment Finance**
**2. Phoenixville Bank**
**3. Fulton Bank**

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 5 | **Fulton Bank** | **Describe debtor's property that is subject to a lien** | $103,844.00 | $40,000.00 |
|---|---|---|---|---|

Creditor's Name

**2020 Freightliner**

**Attn:  Loan Operations**
**1695 State Street**
**East Petersburg, PA 17520**

Creditor's mailing address

**Describe the lien**

**equipment lien**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

**Date debt was incurred**

Debtor  **FASTLINE CARGO, LLC d/b/a FLC**
Name

Case number (if known)

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**2061**

**Do multiple creditors have an interest in the same property?**
☐ No

■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.21**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 6 | **Fulton Bank** | Describe debtor's property that is subject to a lien **2020 Freightliner** | $103,844.00 | $40,000.00 |
|---|---|---|---|---|

Creditor's Name

**Attn:  Loan Operations**
**1695 State Street**
**East Petersburg, PA 17520**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
**2062**

**Do multiple creditors have an interest in the same property?**
☐ No

■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.8**

**Describe the lien**
**equipment lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 7 | **Fulton Bank** | Describe debtor's property that is subject to a lien **2020 Kenworth** | $24,998.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**Attn:  Loan Operations**
**1695 State Street**
**East Petersburg, PA 17520**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
**1981**

**Do multiple creditors have an interest in the same property?**
■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe the lien**
**equipment lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 8 | **KAL Trailers** | Describe debtor's property that is subject to a lien | $18,344.00 | $20,000.00 |
|---|---|---|---|---|

Debtor    **FASTLINE CARGO, LLC d/b/a FLC**          Case number (if known)
_____
Name

Creditor's Name

**10156 Live Oak Ave.**
**Fontana, CA 92335**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**2021 Vanguard Dry Van Trailer F110, Serial # ending 6582**

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.29 | | | | |
|---|---|---|---|---|

**Lakeland Bank**

Creditor's Name

**166 Changebridge Rd.**
**Montville, NJ 07045**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
**8203**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**          $130,360.00          $25,000.00
**2023 Hyundai Dry Van Trailer F123, Serial # ending 4026**

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.30 | | | | |
|---|---|---|---|---|

**M2 Equipment Finance**

Creditor's Name

**20800 Swenson Dr.**
**Suite 475**
**Waukesha, WI 53186**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Describe debtor's property that is subject to a lien**          $39,142.59          $35,000.00
**2020 Freightliner**

**Describe the lien**
**Equipment Loan**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

---

Debtor   **FASTLINE CARGO, LLC d/b/a FLC**                                   Case number (if known)
_____

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ☐ No | ☐ Contingent |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |
| **Specified on line 2.24** | |

---

**2.3 1**

**Newlane Finance**
Creditor's Name

**123 S. Broad St.**
**17th Floor**
**Philadelphia, PA 19109**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

| Describe debtor's property that is subject to a lien | | $99,125.36 | $0.00 |
|---|---|---|---|
| **Equipment** | | | |

**Describe the lien**
**Equipment Loan-APU Units**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

**2.3 2**

**Paccar Financial**
Creditor's Name

**240 Gibraltor Road**
**#200**
**Horsham, PA 19044**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
**6388**

| Describe debtor's property that is subject to a lien | | $64,414.00 | $40,000.00 |
|---|---|---|---|
| **2002 Kenworth** | | | |

**Describe the lien**
**Equipment Loan**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

**2.3 3**

**Paccar Financial**
Creditor's Name

**240 Gibraltor Road**
**#200**
**Horsham, PA 19044**

| Describe debtor's property that is subject to a lien | | $62,571.00 | $40,000.00 |
|---|---|---|---|
| **2022 Kenworth** | | | |

---

Debtor    **FASTLINE CARGO, LLC d/b/a FLC**                    Case number (if known) _____
     Name

| Creditor's mailing address | Describe the lien |
|---|---|

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**2455**

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.3 4 | **Phoenixville Bank** | Describe debtor's property that is subject to a lien | $84,179.00 | $35,000.00 |
|---|---|---|---|---|

    Creditor's Name

**2020 Freightliner**

**564 Nutt Road**
**Phoenixville, PA 19460**

Creditor's mailing address

**Describe the lien**
**Equipment Loans**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**0000**

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**

☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.24**

---

| 2.3 5 | **Phoenixville Bank** | Describe debtor's property that is subject to a lien | $83,085.00 | $40,000.00 |
|---|---|---|---|---|

    Creditor's Name

**2020 Freightliner**

**564 Nutt Road**
**Phoenixville, PA 19460**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**0000**

**As of the petition filing date, the claim is:**
Check all that apply

**Do multiple creditors have an interest in the same property?**

| Debtor | FASTLINE CARGO, LLC d/b/a FLC | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.21**

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 6 | **Santander** | **Describe debtor's property that is subject to a lien** | $232,940.00 | $25,000.00 |
|---|---|---|---|---|

Creditor's Name

**75 State Street**
**Boston, MA 02109**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**2023 Hyundai Dry Van Trailer F124, Serial # ending 4014**

**Describe the lien**
**blanket lien on 5 Hyundai Dry Van Trailers**
**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 7 | **Santander** | **Describe debtor's property that is subject to a lien** | $0.00 | $25,000.00 |
|---|---|---|---|---|

Creditor's Name

**75 State Street**
**Boston, MA 02109**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**2023 Hyundai Trailer F125, Serial # ending 4029**

**Describe the lien**
**blanket lien**
**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 8 | **Santander** | **Describe debtor's property that is subject to a lien** | $0.00 | $25,000.00 |
|---|---|---|---|---|

Creditor's Name

**75 State Street**
**Boston, MA 02109**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**2023 Hyundai Dry Van Trailer F126, Serial # ending 4025**

**Describe the lien**
**blanket lien**

---

Debtor    **FASTLINE CARGO, LLC d/b/a FLC**          Case number *(if known)* _____
_____
Name

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known
_____

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.3 9 | **Santander** | **Describe debtor's property that is subject to a lien** | **$0.00** | **$25,000.00** |

Creditor's Name

**75 State Street**
**Boston, MA 02109**

Creditor's mailing address

**2023 Hyundai Dry Van Trailer F127, Serial # ending 4024**

**Describe the lien**

**blanket lien**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known
_____

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.4 0 | **Santander** | **Describe debtor's property that is subject to a lien** | **$0.00** | **$25,000.00** |

Creditor's Name

**75 State Street**
**Boston, MA 02109**

Creditor's mailing address

**2023 Hyundai Dry Van Trailer F128, Serial # ending 4019**

**Describe the lien**

**blanket lien**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known
_____

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

---

Debtor    **FASTLINE CARGO, LLC d/b/a FLC**                    Case number (if known) _____
_____
Name

■ No
☐ Yes. Specify each creditor,
  including this creditor and its relative
  priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 1 | **Santander** | Describe debtor's property that is subject to a lien | | $0.00 | $25,000.00 |
|---|---|---|---|---|---|

Creditor's Name

**75 State Street
Boston, MA 02109**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**2023 Hyundai Dry Van Trailer F128, Serial # ending 4016**

**Describe the lien**
**blanket lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor,
  including this creditor and its relative
  priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 2 | **SBA** | Describe debtor's property that is subject to a lien | | $157,269.00 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

**Two Gateway Center
Suite 1002
Newark, NJ 07102-5006**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor,
  including this creditor and its relative
  priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

3.  **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    | $3,889,998.32 |

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

Official Form 206D            Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**                    page 17 of 18

Debtor    **FASTLINE CARGO, LLC d/b/a FLC**
Name

Case number (*if known*) _____

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

**Fill in this information to identify the case:**

Debtor name   **FASTLINE CARGO, LLC d/b/a FLC**

United States Bankruptcy Court for the:   DISTRICT OF NEW JERSEY

Case number (if known)

☐ Check if this is an
    amended filing

# Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

    ■ No. Go to Part 2.

    ☐ Yes. Go to line 2.

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3.  List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
    out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|
| **3.1** Nonpriority creditor's name and mailing address<br>**Amazon Capital Services**<br>**P.O. Box 035184**<br>**Seattle, WA 98124-5184**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number  **XB9I** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$1,800.24** |
| **3.2** Nonpriority creditor's name and mailing address<br>**American Express Credit Card**<br>**P.O. Box 1270**<br>**Newark, NJ 07101-1270**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number  **1004** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$0.00** |
| **3.3** Nonpriority creditor's name and mailing address<br>**Bergeys Truck Centers**<br>**462 Harleysville Pike**<br>**Souderton, PA 18964**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number  **9417** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$0.00** |
| **3.4** Nonpriority creditor's name and mailing address<br>**Chick's Towing**<br>**1000 Union Landing Road**<br>**Riverton, NJ 08077**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number  _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$600.00** |

| Debtor | **FASTLINE CARGO, LLC d/b/a FLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,326.00** |
|---|---|---|---|

**Concentra**
**Occupational Health Centers of NJ**
P.O. Box 8750
Elkridge, MD 21075-8750

Date(s) debt was incurred _

Last 4 digits of account number  **8684**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$86.71** |
|---|---|---|---|

**Confires Fire Protection Services**
910 Oak Tree Avenue
South Plainfield, NJ 07080

Date(s) debt was incurred _

Last 4 digits of account number  **x764**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$350.00** |
|---|---|---|---|

**Crystal Springs**
P.O. Box 660579
Dallas, TX 75266-0579

Date(s) debt was incurred _

Last 4 digits of account number  **2821**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**CSAA Insurance Group**
PO Box 60277
Los Angeles, CA 90060-0277

Date(s) debt was incurred _

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**CSAA Insurance Group**
PO Box 60277
Los Angeles, CA 90060-0277

Date(s) debt was incurred _

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.10 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$440.37** |
|---|---|---|---|

**DAT Solutions**
Box 3801
P.O. Box 783801
Philadelphia, PA 19178-3801

Date(s) debt was incurred _

Last 4 digits of account number  **4625**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.11 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$15,600.00** |
|---|---|---|---|

**Federal Motor Carrier Safety Administrat**
31 Hopkins Plaza, Suite 800
Baltimore, MD 21201

Date(s) debt was incurred _

Last 4 digits of account number  **4747**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **FASTLINE CARGO, LLC d/b/a FLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,653.35 |
|---|---|---|---|

**Helpe, Inc.**
**2604 Broad Street**
**Camden, SC 29020**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30,000.00 |
|---|---|---|---|

**Jagjit Singh**
**13 Thorn Brian Lane**
**Burlington, NJ 08016**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Loan__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $309,571.46 |
|---|---|---|---|

**Libertas Funding, LLC**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $181,982.13 |
|---|---|---|---|

**Libertas Funding, LLC**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,229.32 |
|---|---|---|---|

**McCarthy Tire Services**
**340 Kidder Street**
**Wilkes Barre, PA 18702**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $89,424.00 |
|---|---|---|---|

**Motive**
**55 Hawthorne Street, #400**
**San Francisco, CA 94105**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  7209

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15,890.00 |
|---|---|---|---|

**Paragon Insurance**
**45 Nod Road**
**Avon, CT 06001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  2901

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **FASTLINE CARGO, LLC d/b/a FLC**                                Case number *(if known)* _____
_____
Name

---

| 3.19 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,900.00** |
|---|---|---|---|
| | PCS<br>2103 CityWest Blvd.<br>Bldg 4, Suite 700<br>Houston, TX 77042 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:**  software subscription | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.20 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$532.00** |
|---|---|---|---|
| | PSE&G<br>P.O. Box 14444<br>New Brunswick, NJ 08906-4444 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number  5008** | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.21 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$90.00** |
|---|---|---|---|
| | Quickbooks-Intuit, Inc.<br>2800 E. Commerce Center Place<br>Tucson, AZ 85706 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number  4016** | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.22 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,872.00** |
|---|---|---|---|
| | T-Mobile<br>Attn: Bankruptcy<br>P.O. Box 742596<br>Cincinnati, OH 45274 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number  4148** | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.23 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | U.S. Bank Financing (Forklift)<br>1310 Madrid Street<br>Marshall, MN 56258 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number  8161,6644,6642** | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.24 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,660.00** |
|---|---|---|---|
| | Vantage Towing<br>107 S. Bridgeboro Street<br>Riverside, NJ 08075 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.25 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | Wells Fargo Business<br>Essential Credit Card<br>P.O. Box 77033<br>Minneapolis, MN 55480-7733 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number  5027** | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| Debtor | **FASTLINE CARGO, LLC d/b/a FLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.26 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**XPO Logistics (Rent)**
**2211 Old Earnhart Road, Suite 100**
**Ann Arbor, MI 48105**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **3047**

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.27 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$12,102.02** |
|---|---|---|---|

**Xtra Lease**
**5316 Oakview Drive**
**Allentown, PA 18104-9351**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **Y3CZ**

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

### Part 3:    List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

### Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | 0.00 |
| **5b. Total claims from Part 2** | 5b. | + $ | 676,109.60 |
| **5c. Total of Parts 1 and 2** Lines 5a + 5b = 5c. | 5c. | $ | 676,109.60 |

**Fill in this information to identify the case:**

Debtor name    **FASTLINE CARGO, LLC d/b/a FLC**

United States Bankruptcy Court for the:    DISTRICT OF NEW JERSEY

Case number (if known)

☐ Check if this is an amended filing

# Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
    ☒ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Lease #xxx31981<br>2020 Kenworth Tractor<br>VIN #1XKYD49X4LJ399920**<br><br><br><br>_____ | <br><br>**Fulton Bank Leasing Dept.<br>P.O. Box 25091<br>Lehigh Valley, PA 18002-5091** |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Lease xxx31982<br>2020 Kenworth Tractor<br>VIN #1XKYD49X1LJ399969**<br><br><br><br>_____ | <br><br>**Fulton Bank Leasing Dept.<br>P.O. Box 25091<br>Lehigh Valley, PA 18002-5091** |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Lease XXX32060<br>2020 Freightliner Tractor<br>VIN #1FUJHHDR4LLKS3691**<br><br><br><br>_____ | <br><br>**Fulton Bank Leasing Dept.<br>P.O. Box 25091<br>Lehigh Valley, PA 18002-5091** |
| 2.4. | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Lease XXX32061<br>2020 Freightliner Tractor<br>VIN #1FUJHHDR0LLKS3705**<br><br><br><br> | <br><br>**Fulton Bank Leasing Dept.<br>P.O. Box 25091<br>Lehigh Valley, PA 18002-5091** |

Debtor 1    **FASTLINE CARGO, LLC d/b/a FLC**                                    Case number *(if known)*
_____
First Name          Middle Name          Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Lease XXX32062 2020 Freightliner Tractor VIN 1FUJHHDR1LLKS3700** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Fulton Bank Leasing Dept. P.O. Box 25091 Lehigh Valley, PA 18002-5091** |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Factoring Agreement** | |
|---|---|---|---|
| | State the term remaining | **12 months** | |
| | List the contract number of any government contract | | **RTS Financial Service, Inc. 9300 Metcalf Ave. Overland Park, KS 66212** |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Real Estate Lease - business operations** | |
|---|---|---|---|
| | State the term remaining | **4 years** | |
| | List the contract number of any government contract | | **XPO Logistics Attn Real Estate 2211 Old Earhart Road Suite 100 Ann Arbor, MI 48105** |

**Fill in this information to identify the case:**

Debtor name   **FASTLINE CARGO, LLC d/b/a FLC**

United States Bankruptcy Court for the:   DISTRICT OF NEW JERSEY

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                    12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

### 1. Do you have any codebtors?

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

### 2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1  **Amanjot Kaur** | **1403 Industrial Highway** <br> **Cinnaminson, NJ 08077-1000** | **Fulton Bank** | ☐ D _____ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.2  **Amritraj Singh** | **1403 Industrial Highway** <br> **Cinnaminson, NJ 08077** | **Fulton Bank** | ☐ D _____ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.3  **Amritraj Singh** | **13 Thorn Briar Ln.** <br> **Burlington, NJ 08016** | **RTS Financial Service, Inc.** | ☐ D _____ <br> ☐ E/F _____ <br> ☐ G _____ |

**Fill in this information to identify the case:**

Debtor name    **FASTLINE CARGO, LLC d/b/a FLC**

United States Bankruptcy Court for the:    DISTRICT OF NEW JERSEY

Case number (if known)

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:    Income**

1.  **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From **1/01/2024** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$4,360,860.00** |
| **For prior year:**<br>From **1/01/2023** to **12/31/2023** | ■ Operating a business<br>☐ Other _____ | **$12,605,604.00** |
| **For year before that:**<br>From **1/01/2022** to **12/31/2022** | ■ Operating a business<br>☐ Other _____ | **$11,914,856.00** |

2.  **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|
| | |

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| | | | |

Debtor    **FASTLINE CARGO, LLC d/b/a FLC**    Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1. **See attached list** | | **$0.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

**4.** **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

**5.** **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

**6.** **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:** **Legal Actions or Assignments**

**7.** **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. **Fulton Bank v. Fastline Cargo, LLC, et al. BUR-1399-24** | **Replevin Action** | **Burlington County Superior Court 49 Rancocas Road Mount Holly, NJ 08060** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8.** **Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Part 4:** **Certain Gifts and Charitable Contributions**

Debtor    **FASTLINE CARGO, LLC d/b/a FLC**                              Case number *(if known)*

9.  List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

---

### Part 5:    Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☐ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|
| **2 trailers destroyed in fire - 2002 Wabash Trailer - VIN #1JJV532W72L775253** | $8,000.00 | 4/30/24 | $0.00 |
| **2018 53' Trailer Model VS2DX VIN 1UYVS253XJ7471263** | $22,000.00 | | $0.00 |
| **2021 Freightliner Cascadia PT126SLP VIN 3AKJHHDROMSMH8971** | $94,097.54 | 12/18/23 | $0.00 |
| **2018 Utility Dry Van VIN 1UYVS2530J7471252** | $Claim Pending | 6/7/24 | $0.00 |
| **Unit 6030 2020KW T680 1XKYD49X7LJ399958** | $53,295.58 | 3/2/24 | $0.00 |

---

### Part 6:    Certain Payments or Transfers

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **McDowell Law, PC**<br>**46 West Main St.**<br>**Maple Shade, NJ 08052** | | **July 19, 2024** | **$15,000.00** |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?** | | | |

---

Debtor    **FASTLINE CARGO, LLC d/b/a FLC**

Case number *(if known)* _____

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.2. | **Gerstein Grayson and Cohen** **1288 Route 73 South, Suite 301** **Mount Laurel, NJ 08054** | | | **$1,100.00** |
| | Email or website address | | | |
| | _____ | | | |
| | Who made the payment, if not debtor? | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

| Part 7: | Previous Locations |
|---|---|

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy From-To |
|---|---|---|
| 14.1. | **41 Twosome Dr.** **Moorestown, NJ 08057** | **Jan. 2022 to June 2023** |
| 14.2. | **1100 Taylors Lane** **Cinnaminson, NJ 08077** | **Jan. 2019 to Dec. 2021** |

| Part 8: | Health Care Bankruptcies |
|---|---|

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

Debtor    **FASTLINE CARGO, LLC d/b/a FLC**    Case number *(if known)* _____

---

## Part 9:  Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.

☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.

☐ Yes. Does the debtor serve as plan administrator?

---

## Part 10:  Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| | | | | |

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| | | | |

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| | | | |

---

## Part 11:  Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

---

## Part 12:  Details About Environment Information

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

| Debtor | **FASTLINE CARGO, LLC d/b/a FLC** | Case number *(if known)* | |

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

| **Part 13:** | **Details About the Debtor's Business or Connections to Any Business** |

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. Dates business existed |
|---|---|---|

26. **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1. **Salvatore Giampapa** **1202 Laurel Oak Rd., #205** **Voorhees, NJ 08043** | **June 2022 to present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☑ None

Debtor    **FASTLINE CARGO, LLC d/b/a FLC**                                           Case number *(if known)*

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1.  **Fulton Bank**<br>**Route 70**<br>**Cherry Hill, NJ 08002** |

27. **Inventories**
    Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Amanjot Kaur** | **1403 Industrial Highway**<br>**Cinnaminson, NJ 08077** | **CEO** | **51%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Amritraj Singh** | **1403 Industrial Highway**<br>**Cinnaminson, NJ 08077** | **COO** | **49%** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
    Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☑ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1.  **Amanjot Kaur**<br>**1403 Industrial Highway**<br>**Cinnaminson, NJ 08077** | **$104,500** | **June 2023 to June 2024** | **payroll** |
| **Relationship to debtor**<br>**51% owner** | | | |

Debtor    **FASTLINE CARGO, LLC d/b/a FLC**                                          Case number *(if known)*

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.2. | **Amritraj Singh**<br>**1403 Industrial Highway**<br>**Cinnaminson, NJ 08077** | **$111,277** | **June 2023 to June 2024** | **payroll** |
| | **Relationship to debtor**<br>**49% owner** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    __July 29, 2024__

__/s/ Amanjot Kaur__                                          __Amanjot Kaur__
Signature of individual signing on behalf of the debtor      Printed name

Position or relationship to debtor    __CEO__

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
☐ No
☑ Yes

Attachment - Question 3 Statement of Financial Affairs

| Payee | Amount |
|---|---|
| Fly Pilot (Diesel) | $756,118.10 |
| Driver Pay | $601,857.55 |
| Prepass | $169,940.42 |
| ADP- Payroll | $124,988.63 |
| Libertas Funding | $121,339.45 |
| BMO Bank | $95,740.45 |
| XPO Logistics | $82,371.00 |
| EFS LLC | $82,047.14 |
| NJ Motor Vehicle Commission | $77,406.67 |
| Transport Insurance | $65,000.00 |
| Capital One Card | $60,480.21 |
| First Insurance | $51,506.46 |
| National Holistic | $40,000.00 |
| XTRA Lease | $36,827.87 |
| ADP- Payroll Tax Payable | $36,599.60 |
| Close Proximity Roadside Assi | $33,041.50 |
| Brian Omps Towing and Repai | $20,000.00 |
| Santander Bank | $16,269.00 |
| Fulton Bank- Transfer | $13,800.00 |
| Paccar Financial | $13,185.72 |
| Gurshan Enterprises | $13,143.28 |
| IRS- CBT Tax | $12,650.00 |
| Lakeland Bank | $11,566.59 |
| Kal Trailers | $11,310.21 |
| Parts Bazaar | $11,000.00 |
| Fly Pilot | $10,700.30 |
| Newlane Equipment | $10,072.32 |
| Amur Equipment | $9,993.00 |
| CCG Loan Payment | $9,738.00 |
| Channel Partners | $9,029.76 |
| PCS Software | $8,700.00 |
| Tmobile | $7,346.15 |

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### District of New Jersey

In re    **FASTLINE CARGO, LLC d/b/a FLC**
_____    Case No. _____
                                Debtor(s)      Chapter    **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that
     compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to
     be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

☐   **FLAT FEE**

    For legal services, I have agreed to accept ........................................    $    _____

    Prior to the filing of this statement I have received ........................    $    _____

    Balance Due ............................................................................    $    _____

■   **RETAINER**

    For legal services, I have agreed to accept and received a retainer of ..........    $    **15,000.00**

    The undersigned shall bill against the retainer at an hourly rate of ..............    $    **425.00**
    [Or attach firm hourly rate schedule.] Debtor(s) have agreed to pay all Court approved
    fees and expenses exceeding the amount of the retainer.

2.   The source of the compensation paid to me was:

     ■  Debtor        ☐  Other (specify):

3.   The source of compensation to be paid to me is:

     ■  Debtor        ☐  Other (specify):

4.   ■  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

     ☐  I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A
        copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

     a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
     b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
     c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
     d.  [Other provisions as needed]
         **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of
         reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC
         522(f)(2)(A) for avoidance of liens on household goods.**

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:
     **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or
     any other adversary proceeding.**

In re    **FASTLINE CARGO, LLC d/b/a FLC** _____    Case No. _____
                        Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)
### (Continuation Sheet)

| |
|---|
| **CERTIFICATION** |

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**July 29, 2024** _____          **/s/ Ellen M. McDowell, Esq.** _____
_Date_                                       **Ellen M. McDowell, Esq.**
                                             _Signature of Attorney_
                                             **McDowell Law, PC**
                                             **46 West Main St.**
                                             **Maple Shade, NJ 08052**
                                             **856-482-5544   Fax: 856-482-5511**
                                             **emcdowell@mcdowelllegal.com** _____
                                             _Name of law firm_

# United States Bankruptcy Court
### District of New Jersey

In re  **FASTLINE CARGO, LLC d/b/a FLC**

Debtor(s)

Case No.

Chapter  **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Amanjot Kaur**<br>**1403 Industrial Highway**<br>**Cinnaminson, NJ 08077** | | | **51% membership interest** |
| **Amritraj Singh**<br>**1403 Industrial Highway**<br>**Cinnaminson, NJ 08077** | | | **49% membership interest** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **CEO** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  **July 29, 2024**

Signature  **/s/ Amanjot Kaur**

**Amanjot Kaur**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

**United States Bankruptcy Court**
**District of New Jersey**

In re    **FASTLINE CARGO, LLC d/b/a FLC**                                    Case No.

Debtor(s)                              Chapter      **11**

# VERIFICATION OF CREDITOR MATRIX

I, the CEO of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the

best of my knowledge.

Date:    **July 29, 2024**                          **/s/ Amanjot Kaur**

**Amanjot Kaur**/CEO
Signer/Title

.

Amanjot Kaur
1403 Industrial Highway
Cinnaminson, NJ 08077-1000

Amazon Capital Services
P.O. Box 035184
Seattle, WA 98124-5184

American Express Credit Card
P.O. Box 1270
Newark, NJ 07101-1270

Amritraj Singh
1403 Industrial Highway
Cinnaminson, NJ 08077

Amritraj Singh
13 Thorn Briar Ln.
Burlington, NJ 08016

Amur Equipment Financing
304 W. 3d St.
Grand Island, NE 68801

Bergeys Truck Centers
462 Harleysville Pike
Souderton, PA 18964

BMO Harris Bank
111 W. Monroe St.
Chicago, IL 60603

Capital Premium Financing, LLC (Insuranc
P.O. Box 667180
Dallas, TX 75266-7180

CCG
525 N. Tryon St.
Suite 1000
Charlotte, NC 28202

Channel Partners

Chick's Towing
1000 Union Landing Road
Riverton, NJ 08077


Concentra
Occupational Health Centers of NJ
P.O. Box 8750
Elkridge, MD 21075-8750


Confires Fire Protection Services
910 Oak Tree Avenue
South Plainfield, NJ 07080


Crystal Springs
P.O. Box 660579
Dallas, TX 75266-0579


CSAA Insurance Group
PO Box 60277
Los Angeles, CA 90060-0277


DAT Solutions
Box 3801
P.O. Box 783801
Philadelphia, PA 19178-3801


Federal Motor Carrier Safety Administrat
31 Hopkins Plaza, Suite 800
Baltimore, MD 21201


Fulton Bank
Attn:  Loan Operations
1695 State Street
East Petersburg, PA 17520


Fulton Bank
1695 State Street
East Petersburg, PA 17520


Fulton Bank Leasing Dept.
P.O. Box 25091
Lehigh Valley, PA 18002-5091

Helpe, Inc.
2604 Broad Street
Camden, SC 29020

Jagjit Singh
13 Thorn Brian Lane
Burlington, NJ 08016

KAL Trailers
10156 Live Oak Ave.
Fontana, CA 92335

Lakeland Bank
166 Changebridge Rd.
Montville, NJ 07045

Libertas Funding, LLC

M2 Equipment Finance
20800 Swenson Dr.
Suite 475
Waukesha, WI 53186

McCarthy Tire Services
340 Kidder Street
Wilkes Barre, PA 18702

Motive
55 Hawthorne Street, #400
San Francisco, CA 94105

Newlane Finance
123 S. Broad St.
17th Floor
Philadelphia, PA 19109

Paccar Financial
240 Gibraltor Road
#200
Horsham, PA 19044

Paragon Insurance
45 Nod Road
Avon, CT 06001

PCS
2103 CityWest Blvd.
Bldg 4, Suite 700
Houston, TX 77042


Phoenixville Bank
564 Nutt Road
Phoenixville, PA 19460


PSE&G
P.O. Box 14444
New Brunswick, NJ 08906-4444


Quickbooks-Intuit, Inc.
2800 E. Commerce Center Place
Tucson, AZ 85706


RTS Financial Service, Inc.
9300 Metcalf Ave.
Overland Park, KS 66212


Santander
75 State Street
Boston, MA 02109


SBA
Two Gateway Center
Suite 1002
Newark, NJ 07102-5006


T-Mobile
Attn: Bankruptcy
P.O. Box 742596
Cincinnati, OH 45274


U.S. Bank Financing (Forklift)
1310 Madrid Street
Marshall, MN 56258


Vantage Towing
107 S. Bridgeboro Street
Riverside, NJ 08075

Wells Fargo Business
EssentIal Credit Card
P.O. Box 77033
Minneapolis, MN 55480-7733


XPO Logistics
Attn Real Estate
2211 Old Earhart Road
Suite 100
Ann Arbor, MI 48105


XPO Logistics (Rent)
2211 Old Earnhart Road, Suite 100
Ann Arbor, MI 48105


Xtra Lease
5316 Oakview Drive
Allentown, PA 18104-9351

## United States Bankruptcy Court
### District of New Jersey

In re **FASTLINE CARGO, LLC d/b/a FLC**

Debtor(s)

Case No.

Chapter **11**

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **FASTLINE CARGO, LLC d/b/a FLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**July 29, 2024**

Date

**/s/ Ellen M. McDowell, Esq.**

**Ellen M. McDowell, Esq.**

Signature of Attorney or Litigant

Counsel for   **FASTLINE CARGO, LLC d/b/a FLC**

**McDowell Law, PC**

**46 West Main St.**
**Maple Shade, NJ 08052**
**856-482-5544 Fax:856-482-5511**
**emcdowell@mcdowelllegal.com**