| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **FASTLINE CARGO, LLC d/b/a FLC** |
| United States Bankruptcy Court for the: | DISTRICT OF NEW JERSEY |
| Case number (if known) | **24-17484** |

■ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### ■ Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ■ Amended *Schedule*  **Voluntary Petition**
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **August 16, 2024**   X **/s/ Amanjot Kaur**
Signature of individual signing on behalf of debtor

**Amanjot Kaur**
Printed name

**CEO**
Position or relationship to debtor

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **FASTLINE CARGO, LLC d/b/a FLC** |
| United States Bankruptcy Court for the: | DISTRICT OF NEW JERSEY |
| Case number (if known) | **24-17484** |

■ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals          12/15

### Part 1: Summary of Assets

1. *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*............................................................................................................  $ **0.00**

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*........................................................................................................  $ **3,772,361.24**

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*..........................................................................................................  $ **3,772,361.24**

### Part 2: Summary of Liabilities

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................  $ **4,394,205.06**

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*.........................................................  $ **0.00**

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*..............................  +$ **574,583.58**

4. **Total liabilities** ................................................................................................................................  $ **4,968,788.64**
   Lines 2 + 3a + 3b

**Fill in this information to identify the case:**

Debtor name: **FASTLINE CARGO, LLC d/b/a FLC**

United States Bankruptcy Court for the: DISTRICT OF NEW JERSEY

Case number (if known): **24-17484**

☒ Check if this is an amended filing

Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property     12/15

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☒ Yes. Fill in all of the information below.

**Part 1: List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|
| **2.1 Amur Equipment Financing**<br>Creditor's Name<br><br>**304 W. 3d St.**<br>**Grand Island, NE 68801**<br>Creditor's mailing address<br><br>Creditor's email address, if known<br><br>Date debt was incurred<br><br>Last 4 digits of account number<br>**7899**<br><br>Do multiple creditors have an interest in the same property?<br>☒ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **Describe debtor's property that is subject to a lien**<br>**2021 Freightliner - 477,145 miles 6016 Serial Ending MU8303 Amur 7899**<br><br>**Describe the lien**<br>**Equipment Loan**<br><br>Is the creditor an insider or related party?<br>☒ No<br>☐ Yes<br><br>Is anyone else liable on this claim?<br>☒ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>As of the petition filing date, the claim is:<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$54,073.12** | **$40,000.00** |
| **2.2 BMO Harris Bank**<br>Creditor's Name<br><br>**111 W. Monroe St.**<br>**Chicago, IL 60603**<br>Creditor's mailing address<br><br>Creditor's email address, if known<br><br>Date debt was incurred<br><br>Last 4 digits of account number<br>**6001**<br><br>Do multiple creditors have an interest in the same property? | **Describe debtor's property that is subject to a lien**<br>**2018 Volvo - 593,404 miles 6017 Serial Ending 887597 BMO 6001**<br><br>**Describe the lien**<br>**equipment lien**<br><br>Is the creditor an insider or related party?<br>☒ No<br>☐ Yes<br><br>Is anyone else liable on this claim?<br>☒ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>As of the petition filing date, the claim is:<br>Check all that apply | **$10,336.02** | **$20,000.00** |

Official Form 206D        Schedule D: Creditors Who Have Claims Secured by Property        page 1 of 13

| Debtor | **FASTLINE CARGO, LLC d/b/a FLC** | Case number (if known) | **24-17484** |
|---|---|---|---|
| | Name | | |

- ■ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

---

**2.3** **BMO Harris Bank**
Creditor's Name

**111 W. Monroe St.
Chicago, IL 60603**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
**9001**

**Do multiple creditors have an interest in the same property?**

- ■ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**2018 Volvo - 840,001 miles 6021 Serial Ending 998401 BMO 9001**

**Describe the lien**
**equipment lien**

**Is the creditor an insider or related party?**
- ■ No
- ☐ Yes

**Is anyone else liable on this claim?**
- ■ No
- ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$19,817.61         $20,000.00

---

**2.4** **BMO Harris Bank**
Creditor's Name

**111 W. Monroe St.
Chicago, IL 60603**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
**6001**

**Do multiple creditors have an interest in the same property?**

- ■ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**2019 Volvo - 590,830 miles 6045 Serial ending 204722 Value $35,000.00
2019 Volvo - 560,651 miles 6046 Serial ending 204724  Value $35,000.00**

**Describe the lien**
**equipment lien**

**Is the creditor an insider or related party?**
- ■ No
- ☐ Yes

**Is anyone else liable on this claim?**
- ■ No
- ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$135,748.23         $70,000.00

---

**2.5** **BMO Harris Bank**
Creditor's Name

**111 W. Monroe St.
Chicago, IL 60603**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**2019 Volvo 6008 Serial ending 204000 Value 21,000.00
2019 Volvo 6011 Serial ending 204004 Value 21,000.00**

**Describe the lien**
**equipment lien**

$7,547.36         $42,000.00

---

| Debtor | **FASTLINE CARGO, LLC d/b/a FLC** | Case number (if known) | **24-17484** |
|---|---|---|---|
| | Name | | |

| | | | | |
|---|---|---|---|---|
| | Creditor's email address, if known | **Is the creditor an insider or related party?**<br>■ No<br>☐ Yes<br>**Is anyone else liable on this claim?** | | |
| | **Date debt was incurred** | ■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | **Last 4 digits of account number**<br>**5001** | | | |
| | **Do multiple creditors have an interest in the same property?**<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| **2.6** | **BMO Harris Bank**<br>Creditor's Name<br>**111 W. Monroe St.**<br>**Chicago, IL 60603**<br>Creditor's mailing address | **Describe debtor's property that is subject to a lien**<br>**2018 Volvo - 757,833 miles 6013 Serial ending 889048 BMO 9001**<br><br>**Describe the lien** | **$2,945.20** | **$21,000.00** |
| | Creditor's email address, if known | **Is the creditor an insider or related party?**<br>■ No<br>☐ Yes<br>**Is anyone else liable on this claim?** | | |
| | **Date debt was incurred** | ■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | **Last 4 digits of account number**<br>**9001** | | | |
| | **Do multiple creditors have an interest in the same property?**<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| **2.7** | **BMO Harris Bank**<br>Creditor's Name<br>**111 W. Monroe St.**<br>**Chicago, IL 60603**<br>Creditor's mailing address | **Describe debtor's property that is subject to a lien**<br>**2019 Volvo - 719,574 miles 6015 Serial Ending KJ4367 BMO 5001**<br><br>**Describe the lien** | **$7,690.65** | **$21,000.00** |
| | Creditor's email address, if known | **Is the creditor an insider or related party?**<br>■ No<br>☐ Yes<br>**Is anyone else liable on this claim?** | | |
| | **Date debt was incurred** | ■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | **Last 4 digits of account number**<br>**5001** | | | |
| | **Do multiple creditors have an interest in the same property?**<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

Debtor **FASTLINE CARGO, LLC d/b/a FLC**  Case number (if known) **24-17484**
Name

| 2.8 | **BMO Harris Bank** | **Describe debtor's property that is subject to a lien** | $25,932.51 | $40,000.00 |
|---|---|---|---|---|
| | Creditor's Name | 2019 Volvo - 810,291 miles 6020 Serial ending 899693 BMO 8002 | | |
| | **111 W. Monroe St. Chicago, IL 60603** | | | |
| | Creditor's mailing address | **Describe the lien** | | |
| | | **Is the creditor an insider or related party?** | | |
| | | ■ No | | |
| | Creditor's email address, if known | ☐ Yes | | |
| | | **Is anyone else liable on this claim?** | | |
| | **Date debt was incurred** | ■ No | | |
| | | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | **Last 4 digits of account number 8002** | | | |
| | **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply | | |
| | ■ No | ☐ Contingent | | |
| | ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated ☐ Disputed | | |

| 2.9 | **BMO Harris Bank** | **Describe debtor's property that is subject to a lien** | $113,200.28 | $70,000.00 |
|---|---|---|---|---|
| | Creditor's Name | 2019 Volvo - 767,705 miles 6033 Serial ending 4721 Value $35,000 | | |
| | | 2019 Volvo - 660,162 miles 6032 Serial ending 4728 Value $35,000 | | |
| | **111 W. Monroe St. Chicago, IL 60603** | | | |
| | Creditor's mailing address | **Describe the lien** | | |
| | | **Is the creditor an insider or related party?** | | |
| | | ■ No | | |
| | Creditor's email address, if known | ☐ Yes | | |
| | | **Is anyone else liable on this claim?** | | |
| | **Date debt was incurred** | ■ No | | |
| | | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | **Last 4 digits of account number 6001** | | | |
| | **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply | | |
| | ■ No | ☐ Contingent | | |
| | ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated ☐ Disputed | | |

| 2.10 | **BMO Harris Bank** | **Describe debtor's property that is subject to a lien** | $75,122.41 | $40,000.00 |
|---|---|---|---|---|
| | Creditor's Name | 2020 Freightliner 6058 Serial Ending SLM3714 BMO 8001 | | |
| | **111 W. Monroe St. Chicago, IL 60603** | | | |
| | Creditor's mailing address | **Describe the lien** | | |
| | | **Is the creditor an insider or related party?** | | |
| | | ■ No | | |
| | Creditor's email address, if known | ☐ Yes | | |
| | | **Is anyone else liable on this claim?** | | |
| | **Date debt was incurred** | ■ No | | |
| | | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |

Official Form 206D       Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**       page 4 of 13

| Debtor | **FASTLINE CARGO, LLC d/b/a FLC** | Case number (if known) | **24-17484** |
|---|---|---|---|
| | Name | | |

**Last 4 digits of account number**
**8001**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.1.1 | **BMO Harris Bank** | **Describe debtor's property that is subject to a lien** | **$15,759.65** | **$30,000.00** |
|---|---|---|---|---|
| | Creditor's Name | 2018 Volvo - 660,162 miles 6029 Serial Ending 998416 BMO 9001 | | |
| | **111 W. Monroe St.** | | | |
| | **Chicago, IL 60603** | | | |
| | Creditor's mailing address | **Describe the lien** | | |
| | | | | |
| | | **Is the creditor an insider or related party?** | | |
| | | ■ No | | |
| | Creditor's email address, if known | ☐ Yes | | |
| | | **Is anyone else liable on this claim?** | | |
| | **Date debt was incurred** | ■ No | | |
| | | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | **Last 4 digits of account number** | | | |
| | **9001** | | | |

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.1.2 | **BMO Harris Bank** | **Describe debtor's property that is subject to a lien** | **$51,868.31** | **$35,000.00** |
|---|---|---|---|---|
| | Creditor's Name | 2019 Volvo - 579,027 miles 6041 Serial ending 902731 BMO 9001 | | |
| | **111 W. Monroe St.** | | | |
| | **Chicago, IL 60603** | | | |
| | Creditor's mailing address | **Describe the lien** | | |
| | | | | |
| | | **Is the creditor an insider or related party?** | | |
| | | ■ No | | |
| | Creditor's email address, if known | ☐ Yes | | |
| | | **Is anyone else liable on this claim?** | | |
| | **Date debt was incurred** | ■ No | | |
| | | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | **Last 4 digits of account number** | | | |
| | **9001** | | | |

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.1.3 | **CCG** | **Describe debtor's property that is subject to a lien** | **$48,080.54** | **$100,000.00** |
|---|---|---|---|---|

| Debtor | **FASTLINE CARGO, LLC d/b/a FLC** | Case number (if known) | **24-17484** |
|---|---|---|---|
| | Name | | |

Creditor's Name

**2021 Vanguard Dry Van Trailer F101, Serial # ending 6833 Value $20,000.00**
**2021 Vanguard Dry Van Trailer F102, Serial # ending 6832 Value $20,000.00**
**2021 Vanguard Dry Van Trailer F103, Serial # ending 6829 Value $20,000.00**
**2021 Vanguard D**

**525 N. Tryon St.**
**Suite 1000**
**Charlotte, NC 28202**

Creditor's mailing address

**Describe the lien**
**equipment lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**2001**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.14 | **Channel Partners** | **Describe debtor's property that is subject to a lien** | $52,731.30 | $40,000.00 |
|---|---|---|---|---|
| | Creditor's Name | **2022 Kenworth - 419,898 miles6018 Serial Ending 474947 Channel Loan 48-1M** | | |

Creditor's mailing address

**Describe the lien**
**Equipment Loan**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**481M**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.15 | **Fulton Bank** | **Describe debtor's property that is subject to a lien** | $363,402.00 | $273,000.00 |
|---|---|---|---|---|
| | Creditor's Name | **2019 Hyundai Dry Van Trailer F132, Serial # ending 5005 Value $24,000.00** | | |

**2019 Hyundai Dry Van Trailer F133, Serial # ending 5004 Value $24,000.00**
**2020 Hyundai HTC Trailer F135, Serial # ending 5035 Value $27,000.00**
**2020 Great Dane Dry Va**

**Attn:  Loan Operations**
**1695 State Street**
**East Petersburg, PA 17520**

Creditor's mailing address

**Describe the lien**
**equipment lien**

| Debtor | **FASTLINE CARGO, LLC d/b/a FLC** | Case number (if known) | **24-17484** |
|---|---|---|---|
| | Name | | |

Creditor's email address, if known

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number 9003**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.16**  **Fulton Bank**
Creditor's Name
**Attn: Loan Operations
1695 State Street
East Petersburg, PA 17520**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**Qty 13 - 2023 Tripac Auxiliary Power Units**      $131,898.00      $100,000.00

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number 9004**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.17**  **Fulton Bank**
Creditor's Name
**Attn: Loan Operations
1695 State Street
East Petersburg, PA 17520**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**2021 VOLVO - 6062 - 394,726 miles Serial ending 2897 Value $55,000.00**      $92,323.20      $55,000.00

**Describe the lien**
**equipment lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number 9005**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

Debtor **FASTLINE CARGO, LLC d/b/a FLC**
Name

Case number (if known) **24-17484**

- ■ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

---

### 2.18

**Fulton Bank**
Creditor's Name

**Attn: Loan Operations
1695 State Street
East Petersburg, PA 17520**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
**9006**

**Do multiple creditors have an interest in the same property?**
- ■ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**2020 Freightliner - 6024- 660,162 miles  Serial Ending 3789 Fulton Loan 9006  Value $35,000.00
2020 Freightliner 6025 - 686,617 miles Serial ending 3680 Fulton Loan 9006 Value $35,000
2020 Frieghtliner-6026 - 683,147 miles Serial Ending**

**Describe the lien**
**equipment lien**

**Is the creditor an insider or related party?**
- ■ No
- ☐ Yes

**Is anyone else liable on this claim?**
- ■ No
- ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$180,470.61     $105,000.00

---

### 2.19

**Fulton Bank**
Creditor's Name

**1695 State Street
East Petersburg, PA 17520**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
**9002**

**Do multiple creditors have an interest in the same property?**
- ■ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**2021 FREIGHTLINER - 6047 - 374,513 miles Serial ending 8909
2021 FREIGHTLINER -6048 -  467,766 miles Serial Ending 8753
2021 FREIGHTLINER - 6049- 408,425 miles Serial Ending 9009
2021 FREIGHTLINER - 6051 -353,202 miles Serial Ending 8835**

**Describe the lien**

**Is the creditor an insider or related party?**
- ■ No
- ☐ Yes

**Is anyone else liable on this claim?**
- ■ No
- ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$1,068,223.95     $470,000.00

---

| Debtor | **FASTLINE CARGO, LLC d/b/a FLC** | Case number (if known) | **24-17484** |
|---|---|---|---|
| | Name | | |

| 2.20 | **KAL Trailers** <br> Creditor's Name <br><br><br><br> **10156 Live Oak Ave.** <br> **Fontana, CA 92335** <br> Creditor's mailing address <br><br><br> Creditor's email address, if known <br><br> **Date debt was incurred** <br><br> **Last 4 digits of account number** <br><br> **Do multiple creditors have an interest in the same property?** <br> ■ No <br> ☐ Yes. Specify each creditor, including this creditor and its relative priority. | **Describe debtor's property that is subject to a lien** <br> 2021 Vanguard Dry Van Trailer F106, Serial # ending 6569 Value $20,000.00 <br> 2021 Vanguard Dry Van Trailer F104, Serial # ending 6568 Value $20,000.00 <br> 2021 Vanguard Dry Van Trailer F108, Serial # ending 6572 Value $20,000.00 <br> 2021 Vanguard D <br><br> **Describe the lien** <br><br> **Is the creditor an insider or related party?** <br> ■ No <br> ☐ Yes <br> **Is anyone else liable on this claim?** <br> ■ No <br> ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) <br><br> **As of the petition filing date, the claim is:** <br> Check all that apply <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | **$18,343.59** | **$100,000.00** |

| 2.21 | **Lakeland Bank** <br> Creditor's Name <br><br><br><br> **166 Changebridge Rd.** <br> **Montville, NJ 07045** <br> Creditor's mailing address <br><br><br> Creditor's email address, if known <br><br> **Date debt was incurred** <br><br> **Last 4 digits of account number** <br> **8203** <br> **Do multiple creditors have an interest in the same property?** <br> ■ No <br> ☐ Yes. Specify each creditor, including this creditor and its relative priority. | **Describe debtor's property that is subject to a lien** <br> 2023 Hyundai Dry Van Trailer F120, Serial # ending 4028 Value $25,000.00 <br> 2023 Hyundai Dry Van Trailer F121, Serial # ending 4027 Value $25,000.00 <br> 2023 Hyundai Dry Van Trailer F122, Serial # ending 4030 Value $25,000.00 <br> 2023 Hyundai Dry V <br><br> **Describe the lien** <br><br> **Is the creditor an insider or related party?** <br> ■ No <br> ☐ Yes <br> **Is anyone else liable on this claim?** <br> ■ No <br> ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) <br><br> **As of the petition filing date, the claim is:** <br> Check all that apply <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | **$130,359.83** | **$100,000.00** |

| 2.22 | **M2 Equipment Finance** | **Describe debtor's property that is subject to a lien** | **$39,142.59** | **$35,000.00** |

| Debtor | **FASTLINE CARGO, LLC d/b/a FLC** | Case number (if known) | **24-17484** |
|---|---|---|---|
| | Name | | |

| | | | | |
|---|---|---|---|---|
| | Creditor's Name<br>**20800 Swenson Dr.**<br>**Suite 475**<br>**Waukesha, WI 53186**<br>Creditor's mailing address | **2020 Freightliner 6023 Serial ending K53783**<br>**M2 EQUIP 00040**<br><br>**Describe the lien**<br>**Equipment Loan**<br>**Is the creditor an insider or related party?**<br>■ No<br>☐ Yes<br>**Is anyone else liable on this claim?** | | |
| | Creditor's email address, if known | ■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | **Date debt was incurred**<br><br>**Last 4 digits of account number**<br>**0040**<br>**Do multiple creditors have an interest in the same property?**<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

| 2.2 3 | **Newlane Finance** | Describe debtor's property that is subject to a lien<br>**Qty 12 -  Auxiliary Power Units** | $99,125.36 | $92,307.69 |
|---|---|---|---|---|
| | Creditor's Name<br>**123 S. Broad St.**<br>**17th Floor**<br>**Philadelphia, PA 19109**<br>Creditor's mailing address | <br>**Describe the lien**<br>**Equipment Loan-APU Units**<br>**Is the creditor an insider or related party?**<br>■ No<br>☐ Yes<br>**Is anyone else liable on this claim?** | | |
| | Creditor's email address, if known | ■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | **Date debt was incurred**<br><br>**Last 4 digits of account number**<br><br>**Do multiple creditors have an interest in the same property?**<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

| 2.2 4 | **Paccar Financial** | Describe debtor's property that is subject to a lien<br>**2022 Kenworth 6019 serial ending 131885**<br>**Paccar Loan 2455** | $62,571.00 | $40,000.00 |
|---|---|---|---|---|
| | Creditor's Name<br>**240 Gibraltor Road**<br>**#200**<br>**Horsham, PA 19044**<br>Creditor's mailing address | <br>**Describe the lien**<br><br>**Is the creditor an insider or related party?**<br>■ No<br>☐ Yes | | |
| | Creditor's email address, if known | **Is anyone else liable on this claim?** | | |
| | **Date debt was incurred**<br><br>**Last 4 digits of account number** | ■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |

| Debtor | **FASTLINE CARGO, LLC d/b/a FLC** | Case number (if known) | **24-17484** |
|---|---|---|---|
| | Name | | |

**2455**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.25 | **Paccar Financial** | **Describe debtor's property that is subject to a lien** | **$64,413.72** | **$40,000.00** |
|---|---|---|---|---|

Creditor's Name

**240 Gibraltor Road #200**
**Horsham, PA 19044**

Creditor's mailing address

**2022 Kenworth 6022 serial ending 131884 Paccar Loan 3882**

**Describe the lien**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number 3882**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.26 | **Phoenixville Bank** | **Describe debtor's property that is subject to a lien** | **$168,358.40** | **$80,000.00** |
|---|---|---|---|---|

Creditor's Name

**564 Nutt Road**
**Phoenixville, PA 19460**

Creditor's mailing address

**2020 Freightliner 6039 Serial ending KS3719 Estimated Value $40,000.00**
**2020 FREIGHTLINER 6040 Serial ending KS3685 - 550,034 miles Estimated Value $40,000.00**

**Describe the lien**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number 0298**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.27 | **Phoenixville Bank** | **Describe debtor's property that is subject to a lien** | **$83,085.47** | **$55,000.00** |
|---|---|---|---|---|

| Debtor | **FASTLINE CARGO, LLC d/b/a FLC** | Case number (if known) | **24-17484** |
|---|---|---|---|
| | Name | | |

Creditor's Name

**2023 VOLVO -6043- 335,240 miles**

**564 Nutt Road**
**Phoenixville, PA 19460**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number 0301**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 8 | **RTS Financial Service, Inc.** | **Describe debtor's property that is subject to a lien** | **$881,425.00** | **$849,073.00** |
|---|---|---|---|---|

Creditor's Name

**90 days or less: Accounts Receivables (see list)**

**9300 Metcalf Ave.**
**Overland Park, KS 66212**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 9 | **Santander** | **Describe debtor's property that is subject to a lien** | **$232,940.15** | **$125,000.00** |
|---|---|---|---|---|

Creditor's Name

**2023 Hyundai Dry Van Trailer F124, Serial # ending 4014 Value $25,000.00**
**2023 Hyundai Trailer F125, Serial # ending 4029 Value $25,000.00**
**2023 Hyundai Dry Van Trailer F126, Serial # ending 4025 Value $25,000.00**
**2023 Hyundai Dry Van Trail**

**75 State Street**
**Boston, MA 02109**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

| Debtor | **FASTLINE CARGO, LLC d/b/a FLC** | Case number (if known) | **24-17484** |
|---|---|---|---|
| | Name | | |

**Date debt was incurred**

☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.30 | **SBA** | Describe debtor's property that is subject to a lien | $157,269.00 | $0.00 |
|---|---|---|---|---|
| | Creditor's Name | | | |

**Two Gateway Center
Suite 1002
Newark, NJ 07102-5006**
Creditor's mailing address

**Describe the lien**
**PPP Loan**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    $4,394,205.06

**Part 2:  List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **FASTLINE CARGO, LLC d/b/a FLC** |
| United States Bankruptcy Court for the: | DISTRICT OF NEW JERSEY |
| Case number (if known) | **24-17484** |

☒ Check if this is an amended filing

# Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

    ☒ No. Go to Part 2.

    ☐ Yes. Go to line 2.

### Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

| 3.1 | **Nonpriority creditor's name and mailing address** <br> **Amazon Capital Services** <br> P.O. Box 035184 <br> Seattle, WA 98124-5184 <br><br> **Date(s) debt was incurred** _ <br> **Last 4 digits of account number** **XB9I** | **As of the petition filing date, the claim is:** *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** _ <br><br> Is the claim subject to offset? ☒ No  ☐ Yes | **$1,800.24** |
|---|---|---|---|
| 3.2 | **Nonpriority creditor's name and mailing address** <br> **American Express Credit Card** <br> P.O. Box 1270 <br> Newark, NJ 07101-1270 <br><br> **Date(s) debt was incurred** _ <br> **Last 4 digits of account number** **1004** | **As of the petition filing date, the claim is:** *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** _ <br><br> Is the claim subject to offset? ☒ No  ☐ Yes | **$0.00** |
| 3.3 | **Nonpriority creditor's name and mailing address** <br> **Bergeys Truck Centers** <br> 462 Harleysville Pike <br> Souderton, PA 18964 <br><br> **Date(s) debt was incurred** _ <br> **Last 4 digits of account number** **9417** | **As of the petition filing date, the claim is:** *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** _ <br><br> Is the claim subject to offset? ☒ No  ☐ Yes | **$0.00** |
| 3.4 | **Nonpriority creditor's name and mailing address** <br> **Chick's Towing** <br> 1000 Union Landing Road <br> Riverton, NJ 08077 <br><br> **Date(s) debt was incurred** _ <br> **Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** _ <br><br> Is the claim subject to offset? ☒ No  ☐ Yes | **$600.00** |

Debtor **FASTLINE CARGO, LLC d/b/a FLC**     Case number (if known) **24-17484**
_Name_

| | | | |
|---|---|---|---|
| 3.5 | **Nonpriority creditor's name and mailing address**<br>**Concentra**<br>**Occupational Health Centers of NJ**<br>**P.O. Box 8750**<br>**Elkridge, MD 21075-8750**<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number 8684** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$3,326.00** |
| 3.6 | **Nonpriority creditor's name and mailing address**<br>**Confires Fire Protection Services**<br>**910 Oak Tree Avenue**<br>**South Plainfield, NJ 07080**<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number x764** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$86.71** |
| 3.7 | **Nonpriority creditor's name and mailing address**<br>**Crystal Springs**<br>**P.O. Box 660579**<br>**Dallas, TX 75266-0579**<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number 2821** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$350.00** |
| 3.8 | **Nonpriority creditor's name and mailing address**<br>**CSAA Insurance Group**<br>**PO Box 60277**<br>**Los Angeles, CA 90060-0277**<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
| 3.9 | **Nonpriority creditor's name and mailing address**<br>**CSAA Insurance Group**<br>**PO Box 60277**<br>**Los Angeles, CA 90060-0277**<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
| 3.10 | **Nonpriority creditor's name and mailing address**<br>**DAT Solutions**<br>**Box 3801**<br>**P.O. Box 783801**<br>**Philadelphia, PA 19178-3801**<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number 4625** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$440.37** |
| 3.11 | **Nonpriority creditor's name and mailing address**<br>**Federal Motor Carrier Safety Administrat**<br>**31 Hopkins Plaza, Suite 800**<br>**Baltimore, MD 21201**<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number 4747** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$15,600.00** |

| Debtor | **FASTLINE CARGO, LLC d/b/a FLC** | Case number (if known) | **24-17484** |
|---|---|---|---|
| | Name | | |

| 3.12 | **Nonpriority creditor's name and mailing address**<br>**Helpe, Inc.**<br>**2604 Broad Street**<br>**Camden, SC 29020**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset? ■ No ☐ Yes | **$2,653.35** |
|---|---|---|---|
| 3.13 | **Nonpriority creditor's name and mailing address**<br>**Jagjit Singh**<br>**13 Thorn Brian Lane**<br>**Burlington, NJ 08016**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Loan**<br>Is the claim subject to offset? ■ No ☐ Yes | **$30,000.00** |
| 3.14 | **Nonpriority creditor's name and mailing address**<br>**Libertas Funding, LLC**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset? ■ No ☐ Yes | **$309,571.46** |
| 3.15 | **Nonpriority creditor's name and mailing address**<br>**Libertas Funding, LLC**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset? ■ No ☐ Yes | **$181,982.13** |
| 3.16 | **Nonpriority creditor's name and mailing address**<br>**McCarthy Tire Services**<br>**340 Kidder Street**<br>**Wilkes Barre, PA 18702**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset? ■ No ☐ Yes | **$5,229.32** |
| 3.17 | **Nonpriority creditor's name and mailing address**<br>**Paragon Insurance**<br>**45 Nod Road**<br>**Avon, CT 06001**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number **2901** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset? ■ No ☐ Yes | **$15,890.00** |
| 3.18 | **Nonpriority creditor's name and mailing address**<br>**PCS**<br>**2103 CityWest Blvd.**<br>**Bldg 4, Suite 700**<br>**Houston, TX 77042**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **software subscription**<br>Is the claim subject to offset? ■ No ☐ Yes | **$2,900.00** |

Debtor **FASTLINE CARGO, LLC d/b/a FLC**  
Name

Case number (if known) **24-17484**

| | | |
|---|---|---|
| 3.19 | **Nonpriority creditor's name and mailing address**<br>**PSE&G**<br>**P.O. Box 14444**<br>**New Brunswick, NJ 08906-4444** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**$532.00** |
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number 5008** | **Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes |
| 3.20 | **Nonpriority creditor's name and mailing address**<br>**Quickbooks-Intuit, Inc.**<br>**2800 E. Commerce Center Place**<br>**Tucson, AZ 85706** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**$90.00** |
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number 4016** | **Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes |
| 3.21 | **Nonpriority creditor's name and mailing address**<br>**T-Mobile**<br>**Attn: Bankruptcy**<br>**P.O. Box 742596**<br>**Cincinnati, OH 45274** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**$1,872.00** |
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number 4148** | **Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes |
| 3.22 | **Nonpriority creditor's name and mailing address**<br>**U.S. Bank Financing (Forklift)**<br>**1310 Madrid Street**<br>**Marshall, MN 56258** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**$0.00** |
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number 8161,6644,6642** | **Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes |
| 3.23 | **Nonpriority creditor's name and mailing address**<br>**Vantage Towing**<br>**107 S. Bridgeboro Street**<br>**Riverside, NJ 08075** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**$1,660.00** |
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes |
| 3.24 | **Nonpriority creditor's name and mailing address**<br>**Wells Fargo Business**<br>**Essentlal Credit Card**<br>**P.O. Box 77033**<br>**Minneapolis, MN 55480-7733** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**$0.00** |
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number 5027** | **Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes |
| 3.25 | **Nonpriority creditor's name and mailing address**<br>**XPO Logistics (Rent)**<br>**2211 Old Earnhart Road, Suite 100**<br>**Ann Arbor, MI 48105** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**$0.00** |
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number 3047** | **Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes |

**Part 3:   List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

| Debtor | **FASTLINE CARGO, LLC d/b/a FLC** | Case number (if known) | **24-17484** |
|---|---|---|---|
| | Name | | |

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| | | |

### Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | | **Total of claim amounts** |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | 0.00 |
| **5b. Total claims from Part 2** | 5b. + | $ | 574,583.58 |
| **5c. Total of Parts 1 and 2**  Lines 5a + 5b = 5c. | 5c. | $ | 574,583.58 |