| | |
|---|---|
| **Fill in this information to identify the case:** | |
| Debtor name   **FASTLINE CARGO, LLC d/b/a FLC** | |
| United States Bankruptcy Court for the:   DISTRICT OF NEW JERSEY | |
| Case number (if known)   **24-17484** | ■ Check if this is an amended filing |

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ■ Amended *Schedule*   **Voluntary Petition**
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **August 16, 2024**    X **/s/ Amanjot Kaur**
Signature of individual signing on behalf of debtor

**Amanjot Kaur**
Printed name

**CEO**
Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name: **FASTLINE CARGO, LLC d/b/a FLC**

United States Bankruptcy Court for the: DISTRICT OF NEW JERSEY

Case number (if known): **24-17484**

■ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

### Part 1: Summary of Assets

1. *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*............................................................................................ $ **0.00**

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*.......................................................................................... $ **3,772,361.24**

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*............................................................................................ $ **3,772,361.24**

### Part 2: Summary of Liabilities

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*................................... $ **4,394,205.06**

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................................ $ **0.00**

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................................. +$ **574,583.58**

4. **Total liabilities** ........................................................................................................... $ **4,968,788.64**
   Lines 2 + 3a + 3b

**Fill in this information to identify the case:**

Debtor name: **FASTLINE CARGO, LLC d/b/a FLC**

United States Bankruptcy Court for the: DISTRICT OF NEW JERSEY

Case number (if known): **24-17484**

■ Check if this is an amended filing

# Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases     12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Insurance Financing** | |
| | State the term remaining | | **Capital Premium Financing, LLC (Insuranc** |
| | List the contract number of any government contract | | **P.O. Box 667180** |
| | | | **Dallas, TX 75266-7180** |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **Lease #xxx31981** **2020 Kenworth Tractor 6028** **VIN #1XKYD49X4LJ399920** | |
| | State the term remaining | | **Fulton Bank Leasing Dept.** |
| | List the contract number of any government contract | | **P.O. Box 25091** **Lehigh Valley, PA 18002-5091** |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **Lease xxx31982** **2020 Kenworth Tractor 6027** **VIN #1XKYD49X1LJ399969** | |
| | State the term remaining | | **Fulton Bank Leasing Dept.** |
| | List the contract number of any government contract | | **P.O. Box 25091** **Lehigh Valley, PA 18002-5091** |

| Debtor 1 | **FASTLINE CARGO, LLC d/b/a FLC** | | Case number (*if known*) | **24-17484** |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | **Lease XXX32060**<br>**2020 Freightliner Tractor 6035**<br>**VIN #1FUJHHDR4LLKS3691** | |
| | State the term remaining | | **Fulton Bank Leasing Dept.**<br>**P.O. Box 25091**<br>**Lehigh Valley, PA 18002-5091** |
| | List the contract number of any government contract | | |
| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Lease XXX32061**<br>**2020 Freightliner Tractor 6034**<br>**VIN #1FUJHHDR0LLKS3705** | |
| | State the term remaining | | **Fulton Bank Leasing Dept.**<br>**P.O. Box 25091**<br>**Lehigh Valley, PA 18002-5091** |
| | List the contract number of any government contract | | |
| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Lease XXX32062**<br>**2020 Freightliner Tractor 6036**<br>**VIN 1FUJHHDR1LLKS3700** | |
| | State the term remaining | | **Fulton Bank Leasing Dept.**<br>**P.O. Box 25091**<br>**Lehigh Valley, PA 18002-5091** |
| | List the contract number of any government contract | | |
| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Factoring Agreement** | |
| | State the term remaining | **12 months** | **RTS Financial Service, Inc.**<br>**9300 Metcalf Ave.**<br>**Overland Park, KS 66212** |
| | List the contract number of any government contract | | |
| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **Real Estate Lease - business operations** | |
| | State the term remaining | **4 years** | **XPO Logistics**<br>**Attn Real Estate**<br>**2211 Old Earhart Road**<br>**Suite 100**<br>**Ann Arbor, MI 48105** |
| | List the contract number of any government contract | | |

| Debtor 1 | **FASTLINE CARGO, LLC d/b/a FLC** | Case number *(if known)* | **24-17484** |
|---|---|---|---|
| | First Name   Middle Name   Last Name | | |

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.9.  State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Account Number Ending xxxx3Y3CZ**<br>**Lease of 25 Trailers**<br>**Balance $12,102.00**<br><br>**Xtra Lease**<br>**5316 Oakview Drive**<br>**Allentown, PA 18104-9351** |