**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Ellen M. McDowell**
**Joseph F. Riga**
**McDowell Law, PC**
**46 W. Main Street**
**Maple Shade, NJ 08052**
Telephone: (856) 482-5544           **Proposed Attorneys for the Debtor**
Telecopier: (856) 482-5511
emcdowell@mcdowellegal.com

---

| | |
|---|---|
| **In re:** | **Case No. 24-17484** |
| **FASTLINE CARGO, LLC,** | **Chapter 11** |
| **Debtor.** | |

**NOTICE OF MOTION FOR ORDER ALLOWING**
**REVOCATION OF SUBCHAPTER V ELECTION**

To all parties in interest

**PLEASE TAKE NOTICE** that on **September 10, 2024 @ 10:00 a.m.** or as soon thereafter as counsel may be heard, the undersigned attorneys for the Debtor will move before the United States Bankruptcy Court, 401 Market Street, Camden, NJ for an Order Allowing the Debtor to Revoke its Subchapter V Election by filing an amended Chapter 11 Petition and in support of this motion the Debtor relies upon the Memorandum of Law filed herewith.

**YOUR RIGHTS MAY BE AFFECTED**. You should read these papers carefully and discuss them with your attorney, if you have one, in this bankruptcy case. If you do not have an attorney, you may wish to consult one.

If you want the Court to consider your views on the motion, then seven (7) days before the return date, you or your attorney must:

File with the Court a written response explaining your position at:

United States Bankruptcy Court

District of New Jersey - **CAMDEN** Vicinage
United States Courthouse
400 Cooper Street, 4th Floor
Camden, NJ 08101

If you mail your response to the Court for filing, you must mail it early enough so the Court will receive it on or before the date state above. You must also mail a copy to:

Ellen M. McDowell, Esq.
McDowell Law, PC
46 West Main Street
Maple Shade, NJ 08052

Office of the United States Trustee
One Newark Center
1085 Raymond Boulevard
Suite 2100
Newark, NJ 07102

Attend the hearing at the United States Bankruptcy Court, United States Courthouse, 400 Cooper Street, 4th Floor, Courtroom 4C, Camden, NJ 08101.

**TAKE FURTHER NOTICE** that the answering papers and briefs, if necessary, or a statement that no answering brief is necessary and the basis thereof, shall be filed seven (7) days before the dated noticed for argument. This Motion/Application shall be deemed uncontested unless responsive papers are filed seven (7) days prior to the date of this Motion/Application and state with particularity the basis for the opposition.

If you do not take these steps, the Court may decide that you do not oppose the entry of the relief sought in the Motion/Application and may enter an order granting the relief sought.

McDowell Law, PC

Dated: August 20, 2024

*By:/s/* **Ellen M. McDowell**
**Ellen M. McDowell,** Esq.
Attorney for the Debtor