Ellen M. McDowell, Esquire
McDowell Law, PC
46 West Main Street
Maple Shade, NJ 08052
Telephone 856-482-5544
emcdowell@mcdowelllegal.com
Attorneys for Debtor

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| IN THE MATTER OF: | : | CHAPTER 11 |
| FASTLINE CARGO, LLC d/b/a FLC, | : | Case #24-17484 |
| Debtor. | : | Hon. Andrew B. Altenburg, Jr. |

NOTICE RE TELEPHONIC §341 MEETING

**PLEASE TAKE NOTICE** that the Chapter 11 §341 creditors meeting is presently scheduled to take place at the offices of the United States Trustee in Newark, New Jersey on **Friday, September 6, 2024 by conference call commencing at 2:00 p.m. EDT.** If you wish to participate in the call, the dial-in instructions are as follows: 856-330-6096 PIN #5544.

YOUR PARTICIPATION IS WELCOMED, BUT NOT REQUIRED.

                                                McDOWELL LAW, PC
                                                Attorneys for Debtor,

                                                By: /s/ *Ellen M. McDowell*
DATED:    September 3, 2024              ELLEN M. McDOWELL, ESQ.