|  |  |
|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** <br> *Caption in Compliance with D.N.J. LBR 9004-2(c)* <br><br> Ellen M. McDowell <br> Joseph F. Riga, Esquire <br> McDowell Law, PC <br> 46 West Main Street <br> Maple Shade, NJ 08052 <br> (856) 482-5544 <br> emcdowell@mcdowelllegal.com <br> Proposed Attorneys for Debtor In Possession | Order Filed on September 10, 2024 <br> by Clerk <br> U.S. Bankruptcy Court <br> District of New Jersey |
| In Re: <br><br> Fastline Cargo, LLC <br><br>     Debtor. | Case No. 24-17484 <br><br> Judge:    ABA <br><br> Chapter:    11 |

## ORDER AUTHORIZING DEBTOR'S REVOCATION
## OF SUBCHAPTER V ELECTION

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**

**DATED: September 10, 2024**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

Debtor: Fastline Cargo, LLC
Case #: 24-17484
Caption of Order: Order Authorizing Revocation of Subchapter V Election Designation

---

Upon the motion (the "Motion") of Fastline Cargo, LLC (the "Debtor") for order authorizing revocation of it Subchapter V election as more fully set forth in the Motion and accompanying memorandum of law; and it appearing that the Court has jurisdiction over this matter; and it appearing that due notice of the Motion as set forth therein is sufficient under the circumstances, and that no other or further notice need be provided; and it further appearing that the relief requested in the Motion is in the best interests of the Debtor and its estate and the estate's creditors; and upon all of the proceedings had before the Court; and after due deliberation and sufficient cause appearing therefor, it is hereby

**ORDERED** that the Motion is **GRANTED**; and it is further

**ORDERED** that the Clerk shall accept and docket the Debtor's amended petition submitted on August 13, 2024 in which the Subchapter V designation has been removed as if filed on that date; and it is further

**ORDERED** that this Court shall retain jurisdiction to hear and determine all matters arising from or related to implementation of this Order.