| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>SALDUTTI LAW GROUP<br>Rebecca K. McDowell, Esq. – RM3223<br>Robert L. Saldutti, Esq. – RS5492<br>1040 Kings Highway North, Suite 100<br>Cherry Hill, NJ 08034<br>(856) 779-0300<br>Counsel for Santander Bank, N.A. | Order Filed on September 19, 2024<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>Fastline Cargo, LLC d/b/a FLC,<br><br>      Debtor. | Case No.:   24-17484-ABA<br><br>Chapter:   11<br><br>Hrg Date:   Sept. 17, 2024 at 10:00AM<br><br>Judge:   Hon. Andrew B. Altenburg, Jr. |

### CONSENT ORDER RESOLVING SANTANDER BANK, N.A.'S
### <u>MOTION FOR RELIEF FROM STAY</u>

The relief set forth on the following page is hereby ORDERED.

**DATED: September 19, 2024**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

Page 2
Debtor: Fastline Cargo, LLC, d/b/a FLC
Case No. 24-17484-ABA
Caption of Order: Consent Order Resolving Santander Bank, N.A.'s Motion for Relief from Stay

This matter having come before the Court upon the filing of a Motion for Relief from the Automatic Stay filed by Santander Bank, N.A. ("Santander"); Fastline Cargo, LLC, d/b/a FLC ("Debtor") having made a proposal for resolution; and the parties having come to an agreement to resolve the Motion, now therefore;

It is hereby ORDERED that the Debtor shall remit $2,100.00 per month to Santander as adequate protection, which payments shall begin on October 18, 2024, and continue until confirmation of a Chapter 11 plan.

It is further ORDERED that in the event Debtor defaults on the adequate protection payments provided for herein, or in the event Debtor fails to maintain adequate insurance on Santander's collateral, then Santander may file a Certification of Default and seek relief from the stay on 14-day notice as provided by the Local Rules.

.

| /s/ Rebecca K. McDowell | /s/Ellen M. McDowell |
|---|---|
| Rebecca K. McDowell, Esq. | Ellen M. McDowell, Esq. |
| Saldutti Law Group | McDowell Law, P.C. |
| 1040 Kings Highway North, Suite 100 | 46 W. Main St. |
| Cherry Hill, NJ 08034 | Maple Shade, NJ 08052 |
| (856) 324-5014 | (856) 482-5544 |
| rmcdowell@slgcollect.com | emcdowell@mcdowelllegal.com |
| Counsel for | Counsel for the Debtor |