UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Order Filed on March 11, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

FASTLINE CARGO, LLC d/b/a FLC

Case No.: 24-17484

Chapter: 11 (Small Business)

Judge: Altenburg

## ORDER CONDITIONALLY APPROVING DISCLOSURE STATEMENT, SETTING DEADLINES, AND SCHEDULING CONFIRMATION HEARING

The relief set forth on the following page is **ORDERED**.

**DATED: March 11, 2025**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

This matter having been opened to the Court by <u>Debtor, FASTLINE CARGO, LLC d/b</u>, Plan Proponent, upon the filing of a small business Plan and Disclosure Statement; it is

**ORDERED**, and notice is hereby given, that:

A. The Disclosure Statement dated <u>3/10/25</u> is conditionally approved.

B. Within 3 days after the entry of this Order, the Plan, the Disclosure Statement, a ballot conforming to Official Form 314, and a copy of this order must be served on creditors, equity security holders, and other parties in interest by the plan proponent, and shall be transmitted to the United States Trustee.

C. <u>4/17/25</u> is fixed as the last day for filing and serving written objections to the Disclosure Statement and confirmation of the Plan.

D. <u>4/17/25</u> is fixed as the last day for filing written acceptances or rejections of the Plan under D.N.J. LBR 3018-1(a).

E. A hearing will be held on <u>4/24/25</u> at <u>10 a.m.</u> (a date within 45 days of the filing of the Plan) for final approval of the Disclosure Statement (if a written objection has been timely filed) and for confirmation of the Plan before the Honorable <u>Andrew B. Altenburg, Jr.</u>, United States Bankruptcy Court, District of New Jersey, <u>400 Cooper Street, Camden, NJ 08101</u>, in Courtroom <u>4B</u>.

*rev.10/1/18*