Saldutti Law Group
1040 Kings Highway N. Ste. 100
Cherry Hill, NJ 08034

New Lane Finance Company
123 S. Broad Street, 17th Flr.
Philadelphia, Pa 19109

K&L Gates LLP/William L. Waldman, Esq.
One Newark Center, 10th Floor
Newark, NJ 07102

BMO Bank N.A.
P.O. Box 3040
Cedar Rapids, IA 52406

Confires Fire Protection Services
910 Oak Tree Avenue
South Plainsfield, NJ 07080-0000

Crystal Springs
PO Box 660579
Dallas, TX 75266-0579

CSAA
PO Box 60277
Los Angeles, CA 90060-0277

DAT Solutions
Box 3801
PO Box 783801
Philadelphia, PA 19178-3801

Federal Motor Carrier Safety Administration
31 Hopkins Plaza, Suite 800
Baltimore, MD 21201-0000

Helpe, Inc.
2604 Broad Street
Camden, SC 29020-0000

Jagiit Singh
13 Thorn Brian Lane
Burlington, NJ 08016-0000

Libertas Funding, LLC
411 West Putnam Avenue
Suite 220
Greenwich, CT 06830-0000

McCarthy Tire Services
340 Kidder Street
Wilkes Barre, PA 18702-0000

Paragon Insurance
45 Nod Road
Avon, CT 06001-0000

PCS
2103 CityWest Blvd.
Bldg. 4, Suite 700
Houston, TX 77042-0000

Quickbooks-Intuit, Inc.
2800 E. Commerce Center Place
Tucson, AZ 85706-0000

Vantage Towing
107 S. Bridgeboro Street
Riverside, NJ 08075-0000

U.S. Bank Equipment Finance
1310 Madrid Street
Marshall, MN 56258

Wells Fargo Business
Essential Credit Card
PO Box 77033
Minneapolis, MN 55480-7733

PACCAR Financial Corp.
Attn: Linda Markle, BK Specialist
P.O. Box 1518
Bellevua, WA  98009

Channel Partners Capital, LLC
10900 Wayzata Blvd., Suite 300
Minnetonka, MN  55305

XPO Logistics (Rent)
2211 Old Earnhart Road, Ste 100
Ann Arbor, MI  48105-0000

Edmond Michael George, Esq.
Centre Square West, 1500 Market Street
Philadelphia, Pa  19102

T Mobile/T-Mobile USA Inc
by AIS Infosource, LP as agent
4515 N. Santa Fe Ave
Oklahoma City, OK  73118

PSE&G
P.O. Box 14444
New Brunswick, NJ  08906-4444

Bryan Cave Leighton Paisner LLP
211 N. Broadway, Suite 3600
Attn: David M. Unseth
St. Louis, MO  63101

Commercial Credit Group Inc.
525 N. Tryon Street
Suite 1000
Charlotte, NJ  28202

Jerrold S. Kulback/Archer & Greiner
1025 Laurel Oak Road
Voorhees, NJ  08043

m2 Equipment Finance
20800 Swenson Drive
Waukesha, WI  53186

Amur Equipment Financing
304 W. 3rd Street
Grand Island, NE 68801

Internal Revenue Service
P.O. Box 7346
Philadelphia, Pa  19101-7346

U.S. Small Business Administration
660 American Avenue, Suite 301
King of Prussia, Pa  19406

Denver Finance Center
721 19th Street, 3rd Floor
Denver, CO  80202

Amazon Capital Services
PO Box 035184
Seattle, WA  98124-5184

American Express Credit Card
PO Box 1270
Newark, NJ  07101-1270

Bergey's Truck Centers
462 Harleysville Pike
Souderton, Pa  18964-0000

Capital Premium Financing, LLC
PO Box 667180
Dallas, TX  75266-7180

Chick's Towing
1000 Union Landing Road
Riverton, NJ  08077-0000

Concentra
Occupational Health Centers of NJ
PO Box 8750
Elkridge, MD  21075-8750

Wells Fargo Bank Small
Business Lending Division
PO Box 29482 MAC S4104-08C
Phoenix, AZ  85038

CCG
525 N. Tryon St.
Suite 1000
Charlotte, NC 28202-0000

KAL Trailers
10156 Live Oak Ave.
Fontana, CA 92335-0000

RTS Financial Services, Inc.
9300 Metcalf Avenue
Overland Park, KS  66212-0000

Newlane Finance
123 S. Broad St.
17th Floor
Philadelphia, PA  19109-0000